**Fill in this information to identify the case:**

Debtor name      **Metro Mattress Corp.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF NEW YORK

Case number (if known)      _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                 12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*........................................................    $           0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.....................................................    $     8,881,815.20

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.......................................................    $     8,881,815.20

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    10,417,130.08

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $           0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    13,278,722.41

4.   **Total liabilities** ..............................................................................
    Lines 2 + 3a + 3b

$    23,695,852.49

**Fill in this information to identify the case:**

Debtor name **Metro Mattress Corp.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$2,840.00** |
| 2. **Cash on hand** | **$300.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens Bank, N.A.** | **General Operating** | **8760** | **$19,897.64** |
| 3.2. | **Citizens Bank, N.A.** | **Business Advisor Checking** | **8736** | **$912.35** |
| 3.3. | **Key Bank, National Association** | **Business Checking** | **7244** | **$11,539.80** |
| 3.4. | **M&T Bank** | **Business Checking** | **8087** | **$9,004.53** |
| 3.5. | **NBT Bank, N.A.** | **Business Checking** | **5340** | **$2,106.02** |

Debtor   **Metro Mattress Corp.**                                    Case number *(If known)* _____
      Name

| | | | | |
|---|---|---|---|---|
| 3.6. | Bank of America | Business Checking | 9518 | $1,149.99 |
| 3.7. | Community Bank, N.A. | Payroll | 5241 | $0.00 |
| 3.8. | Community Bank, N.A. | Deposit Account | 5258 | $0.00 |
| 3.9. | Community Bank, N.A. | Operating Business Checking | 5266 | $0.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $47,750.33 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Store Security Deposit - Todd Corporation | $8,888.00 |
| 7.2. | Store Security Deposit - McBride Properties, Inc. | $7,121.08 |
| 7.3. | Store Security Deposit - The Plaza at Burr Corners, LLC | $7,408.77 |
| 7.4. | Store Security Deposit - 7-19 East Putnam Avenue, LLC | $37,163.95 |
| 7.5. | Store Security Deposit - CP Concord, LLC | $9,563.33 |
| 7.6. | Utility Security Deposit - Eversource (Electric) | $550.00 |
| 7.7. | Utility Security Deposit - Eversource (Gas) | $230.00 |

Debtor   **Metro Mattress Corp.**                                    Case number *(If known)* _____
    Name

| | | |
|---|---|---:|
| 7.8. | **Warehouse Security Deposit - 1111 Vine Street, LLC** | $11,025.00 |
| 7.9. | **Warehouse Security Deposit - ACG Prestige Acquisitions, LLC** | $3,114.58 |
| 7.10. | **Store Security Deposit - CGRI Greenville, LLC** | $10,317.33 |
| 7.11. | **Store Security Deposit - New Post Properties LLC** | $20,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1. | **New York State Fair - 2024 Vendor Booth Prepay (2 booths)** | $68,510.00 |
| 8.2. | **Storis Inc. - ERP System 3rd Quarter License (2 months)** | $33,583.33 |
| 8.3. | **Buffalo Home Show 2025 Booth Prepay (50%)** | $5,327.50 |

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

| $222,802.87 |
|---:|

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:     **200,000.00**  -      **0.00**  = ....      **$200,000.00**
                    face amount               doubtful or uncollectible accounts

11b. Over 90 days old:     **180,000.00**  -      **180,000.00**  = ....      **$0.00**
                    face amount               doubtful or uncollectible accounts

12.    **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $200,000.00 |
|---:|

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

| Debtor | **Metro Mattress Corp.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

<table><tr><td>**Part 5:**</td><td>**Inventory, excluding agriculture assets**</td></tr></table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Mattresses and Accessories** | 6/9/2024 | $6,781,262.00 | Replacement | $6,781,262.00 |
| 22.  **Other inventory or supplies** | | | | |

| 23.  **Total of Part 5.** | $6,781,262.00 |
|---|---|
| Add lines 19 through 22.  Copy the total to line 84. | |

**24.  Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    639,280.00    Valuation method    Cost    Current Value    639,280.00

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

<table><tr><td>**Part 6:**</td><td>**Farming and fishing-related assets (other than titled motor vehicles and land)**</td></tr></table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table><tr><td>**Part 7:**</td><td>**Office furniture, fixtures, and equipment; and collectibles**</td></tr></table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Office Furniture** | $468,000.00 | | $468,000.00 |

| Debtor | **Metro Mattress Corp.** | Case number *(If known)* | |
|--------|--------------------------|--------------------------|--|
| | Name | | |

| | | | | |
|--|--|--|--|--|
| 40. | **Office fixtures**<br>**Office Fixtures** | $638,000.00 | | $638,000.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office Equipment** | $457,000.00 | | $457,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $1,563,000.00 |
|--|--|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2022 International MV 607 with 26' Insulated Dry Van Body with Heater (Vehicle leased from DeCarrolis)** | $0.00 | | $0.00 |
| 47.2. **2024 International MV 607 Air Conv S/A (D) Chassis and 2023 Aluminum Van Body (Vehicle leased from Ryder)** | $0.00 | | $0.00 |
| 47.3. **2022 Panel Van or Pickup, Rider Unit 1. 439319, RAM VIN 3C6LRVDG7NE117944 (Vehicle leased from Ryder)** | $0.00 | | $0.00 |
| 47.4. **2022 Panel Van or Pickup, Rider Unit 1. 439312, RAM VIN 3C6LRVDG7NE110282 (Vehicle leased from Ryder)** | $0.00 | | $0.00 |
| 47.5. **2022 Panel Van or Pickup, Rider Unit 1. 439313, RAM VIN 3C6LRVDG1NE1115977 (Vehicle leased from Ryder)** | $0.00 | | $0.00 |

Debtor    **Metro Mattress Corp.**_____    Case number *(if known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 47.6. | **2024 International MV 607 Air Conv S/A (Air Ride) Cab/Chassis and 2023 26' Aluminum Van with Walkramp Body (Vehicle leased from Ryder)** | $0.00 | | $0.00 |
| 47.7. | **2024 International MV 607 Air Conv S/A Cab/Chassis and 2024 26' Aluminum Van with Walkramp Body (Vehicle leased from Ryder)** | $0.00 | | $0.00 |
| 47.8. | **2024 Chevrolet Tahoe VIN x5737** | $67,000.00 | **KBB Value** | $67,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**
       Add lines 47 through 50.  Copy the total to line 87.

       | |
       |---|
       | $67,000.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Store 125 - 41 Wolf Road, Albany, NY 12205** | **Leasehold Interest** | $0.00 | | $0.00 |
| 55.2. **Store 136 - 1270 Niagara Falls Boulevard, Amherst, NY 14150** | **Leasehold Interest** | $0.00 | | $0.00 |

| Debtor | **Metro Mattress Corp.** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | **Store 116 - 197 Grant Avenue, Auburn, NY 13021** | **Leasehold Interest** | $0.00 | | $0.00 |
| 55.4. | **Store 142 - 4230 Veterans Memorial Drive, Batavia, NY 14020** | **Leasehold Interest** | $0.00 | | $0.00 |
| 55.5. | **Store 161 - 730 Hoosick Street, Troy, NY 12180** | **Leasehold Interest** | $0.00 | | $0.00 |
| 55.6. | **Store 208 - 60 East Main Street, Avon, CT 06001** | **Leasehold Interest** | $0.00 | | $0.00 |
| 55.7. | **Store 119 - 4237 Recreation Drive, Canandaigua, NY 14424** | **Leasehold Interest** | $0.00 | | $0.00 |
| 55.8. | **Store 143 - 3859 Union Road, Cheektowaga, NY 14225** | **Leasehold Interest** | $0.00 | | $0.00 |
| 55.9. | **Store 102 - 7905 Brewerton Road, Cicero, NY 13039** | **Leasehold Interest** | $0.00 | | $0.00 |
| 55.10. | **Store 131 - 22 Clifton Country Road, Clifton Park, NY 12095** | **Leasehold Interest** | $0.00 | | $0.00 |
| 55.11. | **Store 210 - 21-B Killingworth Turnpike, Clinton, CT 06413** | **Leasehold Interest** | $0.00 | | $0.00 |
| 55.12. | **Store 301 - 310 Louden Road, Concord, NH 03301** | **Leasehold Interest** | $0.00 | | $0.00 |
| 55.13. | **Store 114 - 3906 Route 281, Cortland, NY 13045** | **Leasehold Interest** | $0.00 | | $0.00 |

Debtor   **Metro Mattress Corp.**
Name

Case number *(If known)* _____

| | | | | |
|---|---|---|---|---|
| 55.14 · | **Store 211 - 132 Federal Road, Suite A1, Danbury, CT 06811** | Leasehold Interest | $0.00 | $0.00 |
| 55.15 · | **Store 104 - 3514 West Genesee Street, Syracuse, NY 13219** | Leasehold Interest | $0.00 | $0.00 |
| 55.16 · | **Store 350 - 140 Worcester Road, Framingham, MA 01702** | Leasehold Interest | $0.00 | $0.00 |
| 55.17 · | **Store 117 - 4245 Lakeville Road, Geneseo, NY 14454** | Leasehold Interest | $0.00 | $0.00 |
| 55.18 · | **Store 154 - 1 White Springs Road, Geneva, NY 14456** | Leasehold Interest | $0.00 | $0.00 |
| 55.19 · | **Store 127 - 316 Route 9W, Glenmont, NY 12077** | Leasehold Interest | $0.00 | $0.00 |
| 55.20 · | **Store 109 - 2649 West Ridge Road, Rochester, NY 14626** | Leasehold Interest | $0.00 | $0.00 |
| 55.21 · | **Store 205 - 17 East Putnam Avenue, Greenwich, CT 06830** | Leasehold Interest | $0.00 | $0.00 |
| 55.22 · | **Store 137 - 3540 McKinley Parkway, Blasdell, NY 14219** | Leasehold Interest | $0.00 | $0.00 |
| 55.23 · | **Store 110 - 1000 Hylan Drive, Rochester, NY 14623** | Leasehold Interest | $0.00 | $0.00 |
| 55.24 · | **Store 120 - 1641 County Road 64, Horseheads, NY 14845** | Leasehold Interest | $0.00 | $0.00 |
| 55.25 · | **Store 132 - 424 Fairview Avenue, Hudson, NY 12534** | Leasehold Interest | $0.00 | $0.00 |

Debtor    **Metro Mattress Corp.**    Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 55.26. | **Store 112 - 1894 East Ridge Road, Irondequoit, NY 14622** | Leasehold Interest | $0.00 | $0.00 |
| 55.27. | **Store 115 - 408 Elmira Road, Ithaca, NY 14850** | Leasehold Interest | $0.00 | $0.00 |
| 55.28. | **Store 150 - 3545 John Glenn Boulevard, Syracuse, NY 13209** | Leasehold Interest | $0.00 | $0.00 |
| 55.29. | **Store 148 - 218 Reynolds Road, Johnson City, NY 13790** | Leasehold Interest | $0.00 | $0.00 |
| 55.30. | **Store 402 - 1386 Atwood Avenue, Johnston, RI 02919** | Leasehold Interest | $0.00 | $0.00 |
| 55.31. | **Store 160 - 213-D North Comrie Avenue, Johnstown, NY 12095** | Leasehold Interest | $0.00 | $0.00 |
| 55.32. | **Store 164 - 1104 Ulster Avenue, Kingston, NY 12401** | Leasehold Interest | $0.00 | $0.00 |
| 55.33. | **Store 146 - 2300 North Triphammer Road, Ithaca, NY 14850** | Leasehold Interest | $0.00 | $0.00 |
| 55.34. | **Store 354 - 10 Watertower Place, Leominster, MA 01453** | Leasehold Interest | $0.00 | $0.00 |
| 55.35. | **Store 212 - 143 River Road, Lisbon, CT 06531** | Leasehold Interest | $0.00 | $0.00 |
| 55.36. | **Store 105 - 7612 Oswego Road, Liverpool, NY 13090** | Leasehold Interest | $0.00 | $0.00 |
| 55.37. | **Store 135 - 6255 Transit Road, Lockport, NY 14094** | Leasehold Interest | $0.00 | $0.00 |

Debtor    **Metro Mattress Corp.**                                          Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 55.38· | **Store 201 - 1131 Tolland Turnpike, Manchester, CT 06042** | **Leasehold Interest** | $0.00 | $0.00 |
| 55.39· | **Store 166 - 88 Dunning Road, Suite 14, Middletown, NY 10940** | **Leasehold Interest** | $0.00 | $0.00 |
| 55.40· | **Store 108 - 4640 Commercial Drive, New Hartford, NY 13413** | **Leasehold Interest** | $0.00 | $0.00 |
| 55.41· | **Store 165 - 217 Main Street, New Paltz, NY 12561** | **Leasehold Interest** | $0.00 | $0.00 |
| 55.42· | **Store 202 - 3153 Berlin Turnpike, Newington, CT 06111** | **Leasehold Interest** | $0.00 | $0.00 |
| 55.43· | **Store 207 - 3475 Berlin Turnpike, Newington, CT 06111** | **Leasehold Interest** | $0.00 | $0.00 |
| 55.44· | **Store 138 - 2212 Military Road, Niagara Falls, NY 14309** | **Leasehold Interest** | $0.00 | $0.00 |
| 55.45· | **Store 126 - 441 Balltown Road, Schenectady, NY 12309** | **Leasehold Interest** | $0.00 | $0.00 |
| 55.46· | **Store 139 - 2625 Delaware Avenue, Buffalo, NY 14216** | **Leasehold Interest** | $0.00 | $0.00 |
| 55.47· | **Store 209 - 410 Universal Drive, Unit #4, North Haven, CT 06473** | **Leasehold Interest** | $0.00 | $0.00 |
| 55.48· | **Store 403 - 84 Gate Road, Suite 120, North Kingstown, RI 02852** | **Leasehold Interest** | $0.00 | $0.00 |

Debtor    **Metro Mattress Corp.**                                    Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 55.49. | **Store 353 - 8116 Shops Way, Northborough, MA 01532** | Leasehold Interest | $0.00 | $0.00 |
| 55.50. | **Store 149 - 5403 State Route 12, Norwich, NY 13815** | Leasehold Interest | $0.00 | $0.00 |
| 55.51. | **Store 144 - 3061 West State Street, Olean, NY 14760** | Leasehold Interest | $0.00 | $0.00 |
| 55.52. | **Store 147 - 4987 State Highway 23, Oneonta, NY 13820** | Leasehold Interest | $0.00 | $0.00 |
| 55.53. | **Store 213 - 507 Boston Post Road, Orange, CT 06477** | Leasehold Interest | $0.00 | $0.00 |
| 55.54. | **Store 106 - 137 State Route 104, Oswego, NY 13126** | Leasehold Interest | $0.00 | $0.00 |
| 55.55. | **Store 111 - 2150 Fairport Nine Mile Road, Penfield, NY 14450** | Leasehold Interest | $0.00 | $0.00 |
| 55.56. | **Store 302 - 1600 Woodbury Avenue, Portsmouth, NH 03801** | Leasehold Interest | $0.00 | $0.00 |
| 55.57. | **Store 152 - 1885 Black River Boulevard, Rome, NY 13440** | Leasehold Interest | $0.00 | $0.00 |
| 55.58. | **Store 129 - 3057 Rouet 50, Suite 8, Saratoga Springs, NY 12866** | Leasehold Interest | $0.00 | $0.00 |
| 55.59. | **Store 351 - 339 Broadway, Saugus, MA 01702** | Leasehold Interest | $0.00 | $0.00 |
| 55.60. | **Store 352 - 150 Highland Avenue, Seekonk, MA 02771** | Leasehold Interest | $0.00 | $0.00 |

| Debtor | **Metro Mattress Corp.** | | Case number *(If known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.61. | **Store 206 - 769-B Bridgeport Avenue, Shelton, CT 06484** | Leasehold Interest | $0.00 | | $0.00 |
| 55.62. | **Store 401 - 473 Putnam Pike, Suite B-3, Smithfield, RI 02828** | Leasehold Interest | $0.00 | | $0.00 |
| 55.63. | **Store 203 - 75 Queen Street, Southington, CT 06489** | Leasehold Interest | $0.00 | | $0.00 |
| 55.64. | **Store 103 - 3245 Erie Boulevard, DeWitt, NY 13214** | Leasehold Interest | $0.00 | | $0.00 |
| 55.65. | **Store 153 - 150 Township Boulevard, Camillus, NY 13031** | Leasehold Interest | $0.00 | | $0.00 |
| 55.66. | **Store 107 - 4968 Commercial Drive, Yorkville, NY 13495** | Leasehold Interest | $0.00 | | $0.00 |
| 55.67. | **Store 145 - 2508 Vestal Parkway East, Vestal, NY 13850** | Leasehold Interest | $0.00 | | $0.00 |
| 55.68. | **Store 118 - 20991 State Route 3, Watertown, NY 13601** | Leasehold Interest | $0.00 | | $0.00 |
| 55.69. | **Store 122 - 975 Ridge Road, Webster, NY 14580** | Leasehold Interest | $0.00 | | $0.00 |
| 55.70. | **Store 204 - 1439 Post Road East, Westport, CT 06880** | Leasehold Interest | $0.00 | | $0.00 |
| 55.71. | **Warehouse Lease - 1111 Vine Street, Liverpool, NY** | Leasehold Interest | $0.00 | | $0.00 |
| 55.72. | **Warehouse Lease - 246 Prestige Park Road, West Hartford, CT** | Leasehold Interest | $0.00 | | $0.00 |

| Debtor | **Metro Mattress Corp.** | Case number *(If known)* |
|--------|--------------------------|--------------------------|
|        | Name                     |                          |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|-------|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **MetroMattress & Design, IC 035, Reg. No. 2597560 Registered 7/23/2002, Renewal Due: 7/23/2032** | $0.00 | | $0.00 |
| | **Metro Matress, IC 035, Reg. No. 2538133, Registered 2/12/2022, Renewal Due 2/12/2032** | $0.00 | | $0.00 |
| | **Comfort Concepts, IC 020, Reg. No. 4709162, Registered 3/24/2015, Renewal Due 3/24/2025** | $0.00 | | $0.00 |
| | **Lockport Mattress, IC 035, Reg. No. 3597178, Registered 3/31/2009, Renewal Due 3/31/2029** | $0.00 | | $0.00 |
| | **MetroMattress, IC 035, Reg. No. 6870538, Issued 10/11/22, Declaration of Use Due: 10/11/2028** | $0.00 | | $0.00 |
| | **Comfort Concepts Chill, IC 020, Reg. No. 5526343, Issued 7/24/2018, Renewal Due: 7/24/2028** | $0.00 | | $0.00 |
| 61. | **Internet domain names and websites** **www.metromattress.com** | $0.00 | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| Debtor | **Metro Mattress Corp.** | Case number *(If known)* | |
| | Name | | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | **$0.00** |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Metro Mattress Corp.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

---

<table>
<tr><td colspan="2" style="background:black;color:white">Part 12:</td><td><b>Summary</b></td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $47,750.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $222,802.87 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $200,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,781,262.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,563,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $67,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,881,815.20 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,881,815.20 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Metro Mattress Corp.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** | **Community Bank, N.A.**

Creditor's Name

**1700 North Keyser Avenue**
**P.O. Box 5175**
**Scranton, PA 18508**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/4/2023**
**Last 4 digits of account number**
**3765**
**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All personal property of the Debtor**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$3,607,580.00**   Value of collateral: **$8,900,000.00**

---

**2.2** | **Community Bank, N.A.**

Creditor's Name

**1700 North Keyser Avenue**
**P.O. Box 5175**
**Scranton, PA 18508**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/4/2023**
**Last 4 digits of account number**
**0647**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All personal property of the Debtor**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$1,766,761.88**   Value of collateral: **$8,900,000.00**

| Debtor | **Metro Mattress Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.3 | **Community Bank, N.A.** | Describe debtor's property that is subject to a lien | $1,760,000.00 | $8,900,000.00 |
|---|---|---|---|---|

Creditor's Name

**1700 North Keyser Avenue**
**P.O. Box 5175**
**Scranton, PA 18508**

Creditor's mailing address

**First mortgage on affiliates real estate in Bethlehem, NY, and all personal property of Debtor**

Describe the lien

**First Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**9/13/2016**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its priority.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Community Bank, N.A.** | Describe debtor's property that is subject to a lien | $624,000.00 | $8,900,000.00 |
|---|---|---|---|---|

Creditor's Name

**1700 North Keyser Avenue**
**P.O. Box 5175**
**Scranton, PA 18508**

Creditor's mailing address

**First mortgage on affiliates real estate in Allegany, NY, and all personal property of Debtor**

Describe the lien

**First Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**9/20/2017**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its priority.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Community Bank, N.A.** | Describe debtor's property that is subject to a lien | $840,000.00 | $8,900,000.00 |
|---|---|---|---|---|

Creditor's Name

**1700 North Keyser Avenue**
**P.O. Box 5175**
**Scranton, PA 18508**

Creditor's mailing address

**First mortgage on affiliates real estate in Colonie, NY, and all personal property of Debtor**

Describe the lien

Is the creditor an insider or related party?

■ No

---

| Debtor | **Metro Mattress Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**9/27/2018**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Community Bank, N.A.** | Describe debtor's property that is subject to a lien | $760,000.00 | $8,900,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Investment accounts of insider and all personal property of Debtor** | | |

**1700 North Keyser Avenue**
**P.O. Box 5175**
**Scranton, PA 18508**
Creditor's mailing address

Describe the lien

**Non-Purchase Money Security**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**1/3/2022**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0450**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **Community Bank, N.A.** | Describe debtor's property that is subject to a lien | $900,000.00 | $8,900,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Investment accounts of insider and all personal property of debtor** | | |

**1700 North Keyser Avenue**
**P.O. Box 5175**
**Scranton, PA 18508**
Creditor's mailing address

Describe the lien

**Non-Purchase Money Security**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**9/28/2023**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0626**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| | Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **GM Financial** | Describe debtor's property that is subject to a lien | $1,978.83 | $67,000.00 |
|---|---|---|---|---|

Debtor    **Metro Mattress Corp.**
_____    Case number (if known) _____
Name

| Creditor's Name | **2024 Chevrolet Tahoe VIN x5737** |

**P.O. Box 78143**
**Phoenix, AZ 85062**
Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Great American Financial Services Corp.** | Describe debtor's property that is subject to a lien | $8,919.18 | Unknown |

Creditor's Name
**Specific IT equipment**

**625 First Street**
**Cedar Rapids, IA**
**52401-2030**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**3/14/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Hewlett-Packard Financial Services Co.** | Describe debtor's property that is subject to a lien | $5,030.07 | Unknown |

Creditor's Name
**All equipment and software leased or financed by Debtor from creditor.**

**200 Connell Drive**
**Berkeley Heights, NJ 07922**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Debtor    **Metro Mattress Corp.**                              Case number (if known) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **HYG Financial Services, inc.** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **$2,241.09**    **Unknown** |
| | | **Specific equipment** | |

**P.O. Box 35701**
**Billings, MT 59107**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**12/13/2023**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Raymond Leasing Corporation** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **$1,183.03**    **Unknown** |
| | | **All material handling equipment and associated accessories.** | |

**Corporate Headquarters**
**P.O. Box 130**
**Greene, NY 13778**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **U.S. Small Business Administration** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **$139,436.00**    **$8,900,000.00** |
| | | **All tangible and intangible personal property of the Debtor.** | |

**2 20th North Street,**
**Suite 320 Birmingham,**
**AL 35203**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 7

Debtor    **Metro Mattress Corp.**                                   Case number (if known) _____
_____
Name

| Creditor's mailing address | **Describe the lien** |
| | **Second Priority Lien** |
| | _____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| _____ | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **6/14/2020** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **7900** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $10,417,130.08 |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Great American Financial Services**<br>P.O. Box 660831<br>Dallas, TX 75266 | Line **2.9** | |
| **Lemery Greisler LLC**<br>Attn:  Paul A. Levine, Esq.<br>677 Broadway, 8th Floor<br>Albany, NY 12207 | Line **2.1** | |
| **Lemery Greisler LLC**<br>Attn:  Meghan M. Breen, Esq.<br>60 Railroad Place, Suite 502<br>Saratoga Springs, NY 12866 | Line **2.1** | |
| **Lemery Greisler LLC**<br>Attn: Meghan M. Breen, Esq.<br>60 Railroad Place, Suite 502<br>Saratoga Springs, NY 12866 | Line **2.2** | |
| **Lemery Greisler LLC**<br>Attn: Paul A. Levine, Esq.<br>677 Broadway, 8th Floor<br>Albany, NY 12207 | Line **2.2** | |
| **Lemery Greisler LLC**<br>Attn: Paul A. Levine, Esq.<br>677 Broadway, 8th Floor<br>Albany, NY 12207 | Line **2.3** | |
| **Lemery Greisler LLC**<br>Attn: Meghan M. Breen, Esq.<br>60 Railroad Place, Suite 502<br>Saratoga Springs, NY 12866 | Line **2.3** | |

Debtor  **Metro Mattress Corp.**                                    Case number (if known) _____
        Name

| | |
|---|---|
| **Lemery Greisler LLC**<br>**Attn: Meghan M. Breen, Esq.**<br>**60 Railroad Place, Suite 502**<br>**Saratoga Springs, NY 12866** | Line **2.4** |
| **Lemery Greisler LLC**<br>**Attn: Paul A. Levine, Esq.**<br>**677 Broadway, 8th Floor**<br>**Albany, NY 12207** | Line **2.4** |
| **Lemery Greisler LLC**<br>**Attn: Paul A. Levine, Esq.**<br>**677 Broadway, 8th Floor**<br>**Albany, NY 12207** | Line **2.5** |
| **Lemery Greisler LLC**<br>**Attn: Meghan M. Breen, Esq.**<br>**60 Railroad Place, Suite 502**<br>**Saratoga Springs, NY 12866** | Line **2.5** |
| **Lemery Greisler LLC**<br>**Attn: Paul A. Levine, Esq.**<br>**677 Broadway, 8th Floor**<br>**Albany, NY 12207** | Line **2.6** |
| **Lemery Greisler LLC**<br>**Attn: Meghan M. Breen, Esq.**<br>**60 Railroad Place, Suite 502**<br>**Saratoga Springs, NY 12866** | Line **2.6** |
| **Lemery Greisler LLC**<br>**Attn: Meghan M. Breen, Esq.**<br>**60 Railroad Place, Suite 502**<br>**Saratoga Springs, NY 12866** | Line **2.7** |
| **Lemery Greisler LLC**<br>**Attn: Paul A. Levine, Esq.**<br>**677 Broadway, 8th Floor**<br>**Albany, NY 12207** | Line **2.7** |

**Fill in this information to identify the case:**

Debtor name  **Metro Mattress Corp.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$35,400.00** |
| | **1270 Niagara Falls Blvd, LLC**<br>**3545 John Glenn Boulevard**<br>**Syracuse, NY 13209** | |
| | Date(s) debt was incurred  **7/1/2024** | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | **$22,584.00** |
| | **1894 East Ridge Rd LLC**<br>**3545 John Glenn Boulevard**<br>**Syracuse, NY 13209** | |
| | Date(s) debt was incurred  **7/1/2024** | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | **$24,487.24** |
| | **195 Associates, LLC**<br>**1414 Atwood Avenue, Suite 260**<br>**Johnston, RI 02919** | |
| | Date(s) debt was incurred  **7/1/2024** | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | **$46,928.00** |
| | **2649 West Ridge Road LLC**<br>**3545 John Glenn Boulevard**<br>**Syracuse, NY 13209** | |
| | Date(s) debt was incurred  **5/1/2024** | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Metro Mattress Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**3061 Route 417 LLC**
**3545 John Glenn Boulevard**
**Syracuse, NY 13209**

Date(s) debt was incurred  **5/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,256.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**316 Route 9W, LLC**
**3545 John Glenn Boulevard**
**Syracuse, NY 13209**

Date(s) debt was incurred  **7/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

**$35,580.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**3545 John Glenn Blvd. LLC**
**3545 John Glenn Boulevard**
**Syracuse, NY 13209**

Date(s) debt was incurred  **8/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

**$62,400.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**3545 John Glenn Blvd. LLC**
**3545 John Glenn Boulevard**
**Syracuse, NY 13209**

Date(s) debt was incurred  __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany expansion loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,023,961.00**

---

**3.9** | Nonpriority creditor's name and mailing address

**41 Wolf Road LLC**
**3545 John Glenn Boulevard**
**Syracuse, NY 13209**

Date(s) debt was incurred  **7/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

**$36,300.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**520 Associates, LLC**
**Attn: Dominic Genova**
**7 Hiram Way**
**Honeoye Falls, NY 14472**

Date(s) debt was incurred  **8/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,666.67**

---

**3.11** | Nonpriority creditor's name and mailing address

**7-19 East Putnam Avenue, LLC**
**One Greenwich Office Park South**
**Third Floor, Suite 350**
**Greenwich, CT 06831**

Date(s) debt was incurred  **5/1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

**$45,421.44**

---

| Debtor | Metro Mattress Corp. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,353,218.38**

**829 LLC**
**P.O. Box 1323**
**Brattleboro, VT 05302**

Date(s) debt was incurred  **4/30/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133.92**

**A-Verdi**
**14150 Route 31**
**Savannah, NY 13146**

Date(s) debt was incurred **7/29/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,991.74**

**ACG Prestige Acquisitions, LLC**
**P.O. Box 604232**
**Charlotte, NC 28260**

Date(s) debt was incurred  **8/1/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181.28**

**All American Waste, LLC**
**P.O. Box 1308**
**Enfield, CT 06083**

Date(s) debt was incurred  **8/1/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$748.02**

**All Waste**
**P.O. Box 2472**
**Hartford, CT 06146**

Date(s) debt was incurred  **7/25/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$759.47**

**Allen Associates**
**60 Saginaw Drive**
**Rochester, NY 14623**

Date(s) debt was incurred **7/22/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,772.49**

**Avon Properties, LLC**
**56 East Main Street**
**Avon, CT 06001**

Date(s) debt was incurred  **7/1/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Metro Mattress Corp.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $513.00 |
|---|---|---|---|

**Baire's Janitorial Service**
**130 South 4th Street**
**Olean, NY 14760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,257.00 |
|---|---|---|---|

**Baker Tilly Virchow Krause LLP**
**P.O. Box 78975**
**Milwaukee, WI 53278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2024**

Last 4 digits of account number _____

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,741.05 |
|---|---|---|---|

**Bedgear LLC**
**200 Sea Lane**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2024**

Last 4 digits of account number _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,719.44 |
|---|---|---|---|

**Brixmor GA North Haven Crossing LLC**
**c/o Brixmor Property Group**
**P.O. Box 645341**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2024**

Last 4 digits of account number _____

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,758.28 |
|---|---|---|---|

**Brixmor Property Group**
**450 Lexingston Avenue, Fl. 13**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2024**

Last 4 digits of account number _____

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.48 |
|---|---|---|---|

**Carey & Walsh Inc.**
**529 North State Road**
**P.O. Box 2529**
**Briarcliff Manor, NY 10510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2024**

Last 4 digits of account number _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $793.53 |
|---|---|---|---|

**Central Hudson Gas & Electric**
**284 South Avenue**
**Poughkeepsie, NY 12601-4839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Metro Mattress Corp.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.26**

**Nonpriority creditor's name and mailing address**

**CGRI Greenville, LLC**
**1414 Atwood Avenue**
**Johnston, RI 02919**

Date(s) debt was incurred  **7/1/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rental**

Is the claim subject to offset? ☒ No ☐ Yes

**$24,213.48**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**CGRI Quonset LLC**
**1414 Atwood Avenue**
**Johnston, RI 02919**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rental**

Is the claim subject to offset? ☒ No ☐ Yes

**$23,547.62**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Comcast**
**P.O. Box 70219**
**Philadelphia, PA 19176**

Date(s) debt was incurred  **6/8/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,598.36**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Community Bank, N.A.**
**1700 North Keyser Avenue**
**P.O. Box 5175**
**Scranton, PA 18508**

Date(s) debt was incurred __

Last 4 digits of account number  **5274**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Card**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Connecticut Natural Gas**
**P.O. Box 847820**
**Boston, MA 02284**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$647.73**

---

**3.31**

**Nonpriority creditor's name and mailing address**

**Corliss Avenue Properties**
**5 Pine Camp Drive**
**Binghamton, NY 13904**

Date(s) debt was incurred  **8/1/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$300.00**

---

**3.32**

**Nonpriority creditor's name and mailing address**

**Corporate Services Consultants**
**P.O. Box 1048**
**Dandridge, TN 37725**

Date(s) debt was incurred  **8/1/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$185.00**

---

Debtor  **Metro Mattress Corp.**

Case number (if known) _____

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $799.19 |

**Cox Business**
**Dept 781104**
**P.O. Box 78000**
**Detroit, MI 48278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/27/2024**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,579.93 |

**Cox Business**
**Dept 781110**
**P.O. Box 78000**
**Detroit, MI 48278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,403.64 |

**CP Concord LLC**
**P.O. Box 6**
**Danielson, CT 06239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/2024**

**Basis for the claim:  Rental**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,329.32 |

**D'Angelo Inc.**
**P.O. Box 519**
**West Bridgewater, MA 02379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2024**

**Basis for the claim:  Rental**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,930,000.00 |

**David H. Adler**
█████████████████

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/11/2023**

**Basis for the claim:  Operational Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,346.00 |

**DeLandis d/b/a DeLuxe Home USA**
**Interstate Commerce Center, Bldg 4**
**2032 Cypress Station Drive**
**Houston, TX 77090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/30/2024**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,734.33 |

**Delaware Place Associates, LLC**
**501 John James Audubon Parkway**
**Suite 400**
**Buffalo, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/2024**

**Basis for the claim:  Rental**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Metro Mattress Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,025.00** |
|---|---|---|---|
| | **Doty Companies, Inc.**<br>**67 Second Street South**<br>**Fulton, NY 13069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/1/2024 | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,224.18** |
|---|---|---|---|
| | **Dox Electronics**<br>**Attn: Susan**<br>**105 College Avenue**<br>**Rochester, NY 14607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/26/2024 | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,105.58** |
|---|---|---|---|
| | **Durgin Square LLC**<br>**633 Treemont Street**<br>**Boston, MA 02118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/1/2024 | Basis for the claim:  **Rental** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$143.00** |
|---|---|---|---|
| | **E.O.M.S. Recycling Inc.**<br>**P.O. Box 3608**<br>**Brockton, MA 02304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/1/2024 | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39.18** |
|---|---|---|---|
| | **Ed & Ed Business Technology**<br>**P.O. Box 280**<br>**Westmoreland, NY 13490-0280** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,059.85** |
|---|---|---|---|
| | **Eversource**<br>**P.O. Box 56004**<br>**Boston, MA 02205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/22/2024 | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52.49** |
|---|---|---|---|
| | **Finocchio Bros. Catering**<br>**49 Liberty Place**<br>**Stamford, CT 06902** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Metro Mattress Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Fish Window Cleaning**
P.O. Box 1403
Leominster, MA 01453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/26/2024**

Last 4 digits of account number __

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.00 |
|---|---|---|---|

**Fish Window Cleaning**
P.O. Box 8258
Warwick, RI 02888

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/19/2024**

Last 4 digits of account number __

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Fish Window Cleaning**
P.O. Box 242
Woburn, MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.28 |
|---|---|---|---|

**Fish Window Cleaning**
P.O. Box 34
Wallingford, CT 06492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.00 |
|---|---|---|---|

**Fish Window Cleaning**
P.O. Box 34
Concord, NH 03302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,943.14 |
|---|---|---|---|

**Fred Straus Inc.**
P.O. Box 656
Yonkers, NY 10702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2024**

Last 4 digits of account number __

**Basis for the claim:  Rental**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,458.34 |
|---|---|---|---|

**FS Shelton, LLC**
2 Corporate Drive, Suite 441
Shelton, CT 06484

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2024**

Last 4 digits of account number __

**Basis for the claim:  Rental**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Metro Mattress Corp.__

Name

Case number (if known) _____

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,880.00 |
|---|---|---|---|

**G2G3 Newington LLC**
**100 Westport Avenue**
**Norwalk, CT 06851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/1/2024__

**Basis for the claim:** __Rental__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,287.36 |
|---|---|---|---|

**Indian River Shops Nine LLC**
**P.O. Box 188**
**West Mystic, CT 06388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/1/2024__

**Basis for the claim:** __Rental__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.95 |
|---|---|---|---|

**Isaac HVAC**
**50 Holleer Parkway**
**Rochester, NY 14615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/11/2024__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.20 |
|---|---|---|---|

**Ken's Window Cleaning**
**P.O. Box 463**
**East Schodack, NY 12063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/29/2024__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,466.90 |
|---|---|---|---|

**Knickerbocker Bed Company**
**P.O. Box 55**
**Little Ferry, NJ 07643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/18/2024__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142,426.51 |
|---|---|---|---|

**Leggett & Platt, Inc.**
**L&P Financial Services Co.**
**P.O. Box 538385**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/23/2024__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.67 |
|---|---|---|---|

**Liberty Utilities - NH**
**75 Remittance Drive, Suite 1032**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/19/2024__

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Metro Mattress Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,582.64 |
|---|---|---|---|

**McBride Properties, Inc.**
**3153 Berlin Turnpike**
**Newington, CT 06111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2024**

**Basis for the claim:  Rental**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,699,858.00 |
|---|---|---|---|

**Metro Real Estate Holdings LLC**
**3545 John Glenn Boulevard**
**Syracuse, NY 13209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Intercompany expansion loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $241.95 |
|---|---|---|---|

**Mid-Hudson Cablevision**
**P.O. Box 1354**
**Williston, VT 05495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/18/2024**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,115.00 |
|---|---|---|---|

**Ming Fen Chen**
**90 Bentbrook Circle**
**Webster, NY 14580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/2024**

**Basis for the claim:  Rental**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.86 |
|---|---|---|---|

**National Fuel**
**Attn: Remittance Department**
**6363 Main Street**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/23/2024**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.46 |
|---|---|---|---|

**National Grid**
**P.O. Box 371338**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/29/2024**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,038.75 |
|---|---|---|---|

**National Grid**
**P.O. Box 371396**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2024**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Metro Mattress Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,707.23 |
|---|---|---|---|

**National Grid**
P.O. Box 371376
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/27/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,172.53 |
|---|---|---|---|

**New Post Properties LLC**
7 Penny Lane
Woodbridge, CT 06525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/2024**

Basis for the claim:  **Rental**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.38 |
|---|---|---|---|

**Nick's Carting, Inc.**
388 Knowlton Street
Bridgeport, CT 06608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,517.46 |
|---|---|---|---|

**NOCO Energy Corp-Fuels**
Department #116218
P.O. Box 5211
Binghamton, NY 13902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,277.60 |
|---|---|---|---|

**Nordan LLC**
P.O. Box 535
Danbury, CT 06810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2024**

Basis for the claim:  **Rental**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.25 |
|---|---|---|---|

**Northeast Pest Control**
1160 Broadway
Albany, NY 12204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/7/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,015.97 |
|---|---|---|---|

**NYSEG**
P.O. Box 847812
Boston, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/5/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Metro Mattress Corp.** | Case number *(if known)* |
|---|---|---|

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232.20** |
|---|---|---|---|

OCRRA
100 Elwood Davis Road
Syracuse, NY 13212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.44** |
|---|---|---|---|

Optimum
P.O. Box 70340
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/22/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$512.19** |
|---|---|---|---|

Pengate Handling Systems, Inc.
P.O. Box 643031
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/15/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,464,537.74** |
|---|---|---|---|

Pennsylvania Bedding, Inc.
301 First Street
Old Forge, PA 18518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/24/2024-8/31/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,741.17** |
|---|---|---|---|

Penske Truck Leasing
P.O. Box 827380
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,900.97** |
|---|---|---|---|

Perseid Farmingham #1, LLC
c/o Perseid Properties, LLC
1666 Massachusetts Avenue
Lexington, MA 02420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2024**

Basis for the claim:  **Rental**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.12** |
|---|---|---|---|

Printing & Promotional Solutions
4596 Nixon Park Drive, Suite 3
Syracuse, NY 13215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/7/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Metro Mattress Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Quadient Finance USA Inc.**
P.O. Box 6813
Carol Stream, IL 60197

Date(s) debt was incurred  **7/30/2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$647.78**

**Rand McNally**
1100 West Idaho Street
Suite 330
Boise, ID 83702

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.98**

**Regional Water Authority**
P.O. Box 981102
Boston, MA 02298

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,169.00**

**Resident Home LLC**
340 South Lemon Avenue, #9599
Walnut, CA 91789

Date(s) debt was incurred  **4/5/2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.45**

**Rhode Island Energy**
P.O. Box 371361
Pittsburgh, PA 15250

Date(s) debt was incurred  **7/16/2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,958.53**

**Rochester Gas & Electric**
P.O. Box 847813
Boston, MA 02284

Date(s) debt was incurred  **7/18/2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$406.35**

**Rollins Inc.**
273 Indian River Road
Orange, CT 06477

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Metro Mattress Corp.**

Name

Case number (if known) _____

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $38,356.68 |
|---|---|---|---|

**RPT Northborough LLC**
**P.O. Box 30344**
**Tampa, FL 33630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2024**

Basis for the claim:  **Rental**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $109,978.07 |
|---|---|---|---|

**Ryder Transportation Services**
**PO Box 96723**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/15/2025**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $51,706.32 |
|---|---|---|---|

**Saugus Realty Co., LP**
**c/o Finard Properties, LLC**
**545 Boylston Street, 11th Floor**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2024**

Basis for the claim:  **Rental**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,712.00 |
|---|---|---|---|

**Sealy Mattress Manufacturing Co.**
**P.O. Box 932621**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/8/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $204.84 |
|---|---|---|---|

**Seasonal Landscape LLC**
**19 Glen Oaks Drive**
**Rochester, NY 14624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $462.02 |
|---|---|---|---|

**Sign*A*Rama**
**7607 Oswego Road**
**Liverpool, NY 13090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $308,699.00 |
|---|---|---|---|

**Simmons Manufacturing Co., LLC**
**P.O. Box 945655**
**Atlanta, GA 30394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/10/2024**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Metro Mattress Corp.**

Name

Case number (if known) _____

---

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$278.25** |

**Southern Connecticut Gas Co.**
**P.O. Box 847819**
**Boston, MA 02284**

Date(s) debt was incurred **7/25/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$15,176.16** |
|---|---|---|

**Southington/Route 10 Associates LP**
**c/o Cornerstone Properties Inc.**
**231 Farmington Avenue**
**Farmington, CT 06032**

Date(s) debt was incurred **7/1/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$590.76** |
|---|---|---|

**SpeedPro Imaging**
**6507 Basile Rowe**
**East Syracuse, NY 13057**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$113.53** |
|---|---|---|

**Suburban Hardware Inc.**
**7990 Oswego Road**
**Liverpool, NY 13090**

Date(s) debt was incurred **7/24/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$562.78** |
|---|---|---|

**Superior Lubricants Co., Inc.**
**P.O. Box 74657**
**Cleveland, OH 44194**

Date(s) debt was incurred **7/24/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,950,050.33** |
|---|---|---|

**Tempur-Pedic North America, LLC**
**1000 Tempur Way**
**Lexington, KY 40511**

Date(s) debt was incurred **3/5/2024-8/31/2024**

Last 4 digits of account number **0497**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$23,191.65** |
|---|---|---|

**The Plaza at Burr Corners LLC**
**c/o Winstanley Property Mgmt**
**150 Baker Avenue Extension, Suite 303**
**Concord, MA 01742**

Date(s) debt was incurred **7/1/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Metro Mattress Corp. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.103** | Nonpriority creditor's name and mailing address

**The United Illuminating Co.**
P.O. Box 847818
Boston, MA 02284

Date(s) debt was incurred ___

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$3,313.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address

**Todd Corporation**
c/o Reynolds & Rowella
90 Grove Street, Suite 101
Ridgefield, CT 06877

Date(s) debt was incurred  7/1/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$17,776.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address

**Trimline Landscaping Mgmt**
225 Ballantyne Road
Rochester, NY 14623

Date(s) debt was incurred  7/1/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$111.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address

**Uline**
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680

Date(s) debt was incurred  7/19/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$17,998.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address

**Unitil NH Electric Corporation**
P.O. Box 981077
Boston, MA 02298

Date(s) debt was incurred  7/29/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$776.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address

**Verizon**
P.O. Box 15124
Albany, NY 12212

Date(s) debt was incurred  7/21/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$146.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address

**Village of Solvay Electric Dept.**
1100 Woods Road
Syracuse, NY 13209

Date(s) debt was incurred ___

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,784.63**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Metro Mattress Corp.**
_____   Case number (if known) _____
Name

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |
|---|---|---|---|

**VSE**
**165A Millbrook Road**
**Blairstown, NJ 07825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $569.49 |
|---|---|---|---|

**WB Mason Co., Inc.**
**P.O. Box 981101**
**Boston, MA 02298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **7/22/2024**

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.00 |
|---|---|---|---|

**WIN Waste Innovations**
**P.O. Box 830409**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **8/1/2024**

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $487.15 |
|---|---|---|---|

**Wm J. Lamar & Sons**
**19 Commerce Street**
**Greenville, RI 02828**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **7/31/2024**

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 13,278,722.41 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 13,278,722.41 |

**Fill in this information to identify the case:**

Debtor name      **Metro Mattress Corp.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease - 1111 Vine Street, Liverpool, NY** | |
| | State the term remaining | **Term Ends 3/31/2028** | **1111 Vine Street, LLC c/o Doty Companies, Inc. 67 Second Street Fulton, NY 13069** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 120 - 1641 County Road 64, Horseheads, NY** | |
| | State the term remaining | **Term Ends 8/31/2027** | **1641 County Route 64 Horseheads LLC c/o Abhijit Talathi 7227 Balmoral Way San Ramon, CA 94582** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 402 - 1386 Atwood Avenue, Johnston, RI 02919** | |
| | State the term remaining | **Term Ends 6/30/2033** | **195 Associates LLC 1414 Atwood Avenue Johnston, RI 02919** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 137 - 3540 McKinley Parkway, Blasdell, NY 14219** | |
| | State the term remaining | **Term Ends 12/31/2024** | **4405 Milestrip HD Lessee, LLC P.O. Box 825131 Philadelphia, PA 19182** |
| | List the contract number of any government contract | | |

Debtor 1    **Metro Mattress Corp.**

First Name       Middle Name       Last Name       Case number (*if known*)

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for Store 107 - 4968 Commercial Drive, Yorkville, NY 13495**<br><br>State the term remaining — **Term Ends 9/30/2024**<br><br>List the contract number of any government contract | **4968 Commercial Drive LLC**<br>**135 Clinton Street**<br>**Whitesboro, NY 13492** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for Store 142 - 4230 Veterans Memorial Drive, Batavia, NY 14020**<br>State the term remaining — **Term Ends 12/31/2029**<br><br>List the contract number of any government contract | **520 Associates, LLC**<br>**7 Hiram Way**<br>**Honeoye Falls, NY 14472** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for Store 146 - 2300 North Triphammer Road, Ithaca, NY 14850**<br><br>State the term remaining — **Term Ends 9/30/2026**<br><br>List the contract number of any government contract | **570 DAB 56, LLC**<br>**c/o Benderson Development Co., LLC**<br>**P.O. Box 713201**<br>**Philadelphia, PA 19171-3201** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for Store 205 - 17 East Putnam Avenue, Greenwich, CT 06830**<br><br>State the term remaining — **Term Ends 7/31/2027**<br><br>List the contract number of any government contract | **7-19 East Putnam Avenue, LLC**<br>**One Greenwich Office Park South**<br>**Third Floor, Suite 350**<br>**Greenwich, CT 06831** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Monthly Advertising**<br><br>State the term remaining — **Term Ends 3/31/2025**<br><br>List the contract number of any government contract | **829 LLC**<br>**P.O. Box 1323**<br>**Brattleboro, VT 05302** |

Debtor 1    **Metro Mattress Corp.**                                          Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease - 246 Prestige Park Road, West Hartford, CT** | |
|---|---|---|---|
| | State the term remaining | | **ACG Prestige Acquisitions, LLC** |
| | List the contract number of any government contract | | **P.O. Box 604232 Charlotte, NC 28260** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Client Account Agreement (payroll/time clocks)** | |
|---|---|---|---|
| | State the term remaining | **No Expiration** | **ADP** |
| | List the contract number of any government contract | | **445 Electronics Parkway Liverpool, NY 13088** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 135 - 6255 Transit Road, Lockport, NY 14094** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 6/30/2025** | **Alix Development LLC** |
| | List the contract number of any government contract | | **6263 South Transport Road Lockport, NY 14094** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Workers' Compensation and Employers' Liability Insurance 1/1/2024-1/1/2025** | |
|---|---|---|---|
| | State the term remaining | | **AmTrust Insurance Company** |
| | List the contract number of any government contract | | **4455 LBJ Freeway, Suite 700 Dallas, TX 75244** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 117 - 4245 Lakeville Road, Geneseo, NY 14454** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 1/9/2027** | **Aprile Ventures, LLC** |
| | List the contract number of any government contract | | **1321 South Lake Road Middlesex, NY 14507** |

Debtor 1  **Metro Mattress Corp.**                                                          Case number *(if known)*
   First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 116 - 197 Grant Avenue, Auburn, NY 13021** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 8/31/2028** | **Auburn Associates, LLC** |
| | List the contract number of any government contract | | **215 West Church Road, Suite 107 King of Prussia, PA 19406** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 208 - 60 East Main Street, Avon, CT 06001** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 1/31/2033** | **Avon Properties, LLC** |
| | List the contract number of any government contract | | **56 East Main Street Avon, CT 06001** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Letter for Tax Compliance Services (Business)** | |
|---|---|---|---|
| | State the term remaining | | **Baker Tilly US, LLP** |
| | List the contract number of any government contract | | **46 Public Square, Suite 400 Wilkes Barre, PA 18701-2609** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 105 - 7612 Oswego Road, Liverpool, NY 13090** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 2/28/2031** | **Bayberry Plaza, LLC** |
| | List the contract number of any government contract | | **102 Newbury Hollow Lane Syracuse, NY 13210** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 145 - 2508 Vestal Parkway East, Vestal, NY 13850** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 9/25/2028** | **Beck Group LLC** |
| | List the contract number of any government contract | | **c/o T-Mobile Retail Store 2520 Vestal Parkway East Vestal, NY 13850** |

Debtor 1  **Metro Mattress Corp.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 209 - 410 Universal Drive, Unit #4, North Haven, CT 06473** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 12/31/2032** | **Brixmor GA North Haven Crossing LLC c/o Brixmor Property Group 450 Lexington Avenue, Floor 13 New York, NY 10017** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 354 - 10 Watertower Place, Leominster, MA 01453** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 12/31/2033** | **Brixmor SPE 4 LP c/o Brixmor Property Group 450 Lexington Avenue, Floor 13 New York, NY 10017** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 161 - 730 Hoosick Street, Troy, NY 12180** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Brunswick Center Associates, LLC 20 Corporate Woods Boulevard Albany, NY 12211** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 118 - 20991 State Route 3, Watertown, NY 13601** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 12/31/2026** | **Casty Properties c/o GJ Construction & Development Inc. P.O. Box 905 Watertown, NY 13601** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 401 - 473 Putnam Pike, Suite B-3, Smithfield, RI 02828** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 4/30/2023** | **CGRI Greenville LLC 1414 Atwood Avenue Johnston, RI 02919** |
| | List the contract number of any government contract | | |

Debtor 1  **Metro Mattress Corp.**                                             Case number *(if known)* _____
_____  _____  _____
First Name     Middle Name      Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 403 - 84 Gate Road, Suite 120, North Kingstown, RI 02852** | |
| | State the term remaining | **Term Ends 11/30/2033** | **CGRI Quonset LLC** |
| | List the contract number of any government contract | _____ | **1414 Atwood Avenue Johnston, RI 02919** |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 143 - 3859 Union Road, Cheektowaga, NY 14225** | |
| | State the term remaining | **Term Ends 12/31/2027** | **Cheektowaga TK Owner LLC c/o JADD Management, LLC** |
| | List the contract number of any government contract | _____ | **415 Park Avenue Rochester, NY 14607** |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 301 - 310 Louden Road, Concord, NH 03301** | |
| | State the term remaining | **Term Ends 1/31/2032** | **CP Concord LLC** |
| | List the contract number of any government contract | _____ | **433 South Main Street, Suite 219 West Hartford, CT 06110** |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 131 - 22 Clifton Country Road, Clifton Park, NY 12095** | |
| | State the term remaining | **Term Ends 11/30/2024** | **CPC Development I, LLC** |
| | List the contract number of any government contract | _____ | **22 Clifton County Road, Suite 79 Clifton Park, NY 12065** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 352 - 150 Highland Avenue, Seekonk, MA 02771** | |
| | State the term remaining | **Terms Ends 9/30/2033** | **D'Angelo Inc.** |
| | List the contract number of any government contract | _____ | **323 Manley Street P.O. Box 337 West Bridgewater, MA 02379** |

Debtor 1  **Metro Mattress Corp.** _____    Case number *(if known)* _____

First Name    Middle Name    Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.30. State what the contract or lease is for and the nature of the debtor's interest | **Truck Lease and Service Agreement - 2022 International MV607 with 26' Insulated Dry Van Body with Heater (DeCarrolis Vehicle No. 226629)** | |
| State the term remaining | **Term Ends 1/31/2026** | **DeCarrolis Truck Rental, Inc. Attn: Michael J. Margarone, President 333 Colfax Street Rochester, NY 14606** |
| List the contract number of any government contract | | |
| 2.31. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 139 - 2625 Delaware Avenue, Buffalo, NY 14216** | |
| State the term remaining | **Terms Ends 12/31/2027** | **Delaware Place Associates, LLC 501 John James Audubon Parkway Suite 400 Buffalo, NY 14228** |
| List the contract number of any government contract | | |
| 2.32. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 166 - 88 Dunning Road, Suite 14, Middletown, NY 10940** | |
| State the term remaining | **Term Ends 10/31/2032** | **Dunning Farms LLC c/o Chase Enterprises 225 Asylum Street, 29th Floor Hartford, CT 06103** |
| List the contract number of any government contract | | |
| 2.33. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 302 - 1600 Woodbury Avenue, Portsmouth, NH 03801** | |
| State the term remaining | **Term Ends 12/31/2033** | **Durgin Square, LLC P.O. Box 41088 Dayton, OH 45441** |
| List the contract number of any government contract | | |
| 2.34. State what the contract or lease is for and the nature of the debtor's interest | **Printing Service Agreement - Kyocera TA4501i, ID 17679** | |
| State the term remaining | **Term Ends 5/2/2025** | **Ed & Ed Business Technology P.O. Box 280 Westmoreland, NY 13490-0280** |
| List the contract number of any government contract | | |

Debtor 1    **Metro Mattress Corp.**                                    Case number (*if known*) _____
_____
First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 108 - 4640 Commercial Drive, New Hartford, NY 13413** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 3/31/2030** | **Edge New Hartford, LLC P.O. Box 203 Oberlin, OH 44074** |
| | List the contract number of any government contract | _____ | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 138 - 2212 Military Road, Niagara Falls, NY 14309** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 9/30/2028** | **Erdco Development LLC 256 Third Street, Suite 1200 Niagara Falls, NY 14303** |
| | List the contract number of any government contract | _____ | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Major Medical Insurance Plan** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 12/31/2024** | **Excellus Health Plan - Group P.O. Box 5266 Binghamton, NY 13902** |
| | List the contract number of any government contract | _____ | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Fortiva Retail Credit Program Agreement (consumer financing)** | |
|---|---|---|---|
| | State the term remaining | **No Expiration** | **Fortiva Financial, LLC Five Concourse Parkway, Suite 300 Atlanta, GA 30328** |
| | List the contract number of any government contract | _____ | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 103 - 3245 Erie Boulevard East, DeWitt, New York 13214** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 9/30/2028** | **Fred Straus Inc. P.O. Box 656 Yonkers, NY 10702** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **Metro Mattress Corp.**
First Name          Middle Name          Last Name                    Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 206 - 801 Bridgeport Avenue, Shelton, CT** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 8/31/2032** | **FS Shelton, LLC**
**2 Corporate Drive, Suite 441**
**Shelton, CT 06484** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 207 - 3475 Berlin Turnpike, Newington, CT 06111** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 12/31/2032** | **G2G3 Newington LLC**
**100 Westport Avenue**
**Norwalk, CT 06851** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 154 - 1 White Springs Road, Geneva, NY 14456** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 1/31/2025** | **Geneva Land, LLC**
**2213 Brighton Henrietta Townline Road**
**Rochester, NY 14623** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Property Insurance (NY and Other States), Inland Marine, Automobile, and General Liability (NY and Other States) - 8/31/2024-9/30/2024** | |
|---|---|---|---|
| | State the term remaining | | **Graphic Arts Mutual Insurance Co.**
**c/o OneGroup NY, Inc.**
**706 North Clinton Street**
**Syracuse, NY 13204** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Computer Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 1/31/2025** | **Great American Financial Services**
**P.O. Box 660831**
**Dallas, TX 75266** |
| | List the contract number of any government contract | | |

Debtor 1    **Metro Mattress Corp.**                                                    Case number (*if known*) _____

    First Name      Middle Name      Last Name

## ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.45.** State what the contract or lease is for and the nature of the debtor's interest — **Computer Equipment Lease**

State the term remaining — **Term Ends 9/30/2025**

List the contract number of any government contract

**Great American Financial Services**
**P.O. Box 660831**
**Dallas, TX 75266**

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest — **Computer Equipment Lease**

State the term remaining — **Term Ends 12/31/2025**

List the contract number of any government contract

**Great American Financial Services**
**P.O. Box 660831**
**Dallas, TX 75266**

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest — **Computer Equipment Lease**

State the term remaining — **Term Ends 3/31/2026**

List the contract number of any government contract

**Great American Financial Services**
**P.O. Box 660831**
**Dallas, TX 75266**

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest — **Computer Equipment Lease**

State the term remaining — **Term Ends 1/31/2026**

List the contract number of any government contract

**Great American Financial Services**
**P.O. Box 660831**
**Dallas, TX 75266**

---

**2.49.** State what the contract or lease is for and the nature of the debtor's interest — **Group Dental and Vision Plan #00444192**

State the term remaining — **Term Ends 12/31/2024**

List the contract number of any government contract

**Guardian Life Insurance Company**
**7 Hanover Square**
**New York, NY 10004**

---

Debtor 1    **Metro Mattress Corp.**                                                                                    Case number *(if known)* _____

        First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Computer Equipment Lease - 155 HP EliteOne 800 G6 All-in-One NonTouch PC** | |
| | State the term remaining | **Term Ends 2/28/2025** | **Hewlett-Packard Financial Services Co. 200 Connell Drive Berkeley Heights, NJ 07922** |
| | List the contract number of any government contract | | |
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Computer Equipment Lease - 40 HP Elite One 840 G9 All-in-One PC Wolf Pro Security Edition and 40 HP 3 year Next Business Day Onsite** | |
| | State the term remaining | **Term Ends 1/31/2026** | **Hewlett-Packard Financial Services Co. 200 Connell Drive Berkeley Heights, NJ 07922** |
| | List the contract number of any government contract | | |
| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Computer Equipment Lease - 1 HP LaserJet Enterprise MFP M430f** | |
| | State the term remaining | **Term Ends 5/30/2026** | **Hewlett-Packard Financial Services Co. 200 Connell Drive Berkeley Heights, NJ 07922** |
| | List the contract number of any government contract | | |
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 126 - 441 Balltown Road, Schenectady, NY 13209** | |
| | State the term remaining | **Term Ends 3/31/2026** | **Highbridge Development BR, LLC 2165 Technology Drive, 2nd Floor Schenectady, NY 12308** |
| | List the contract number of any government contract | | |
| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 153 - 150 Township Boulevard, Camillus, NY 13031** | |
| | State the term remaining | **Term Ends 11/30/2034** | **Hinsdale Road Group, LLC P.O. Box 360 Camillus, NY 13031** |
| | List the contract number of any government contract | | |

Debtor 1   **Metro Mattress Corp.**                                    Case number *(if known)*
　　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.55. State what the contract or lease is for and the nature of the debtor's interest | **Lease - 1 2015 Hyster Model J35XNT Used Forklift Lead Acid, Serial/VIN No. K160N05371N** |
| State the term remaining | **Term Ends 11/9/2025** |
| List the contract number of any government contract | **HYG Financial Services, Inc. P.O. Box 77102 Minneapolis, MN 55480-7102** |
| 2.56. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 210 - 21-B Killingworth Turnpike, Clinton, CT 06413** |
| State the term remaining | **Term Ends 3/31/2034** |
| List the contract number of any government contract | **Indian River Shops Nine LLC 70 Essex Street, Unit 2D Mystic, CT 06355** |
| 2.57. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 148 - 218 Reynolds Road, Johnson City, NY 13790** |
| State the term remaining | **Term Ends 7/31/2029** |
| List the contract number of any government contract | **J&T Properties 3603 Vestal Parkway East Vestal, NY 13850** |
| 2.58. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 160 - 213-D North Comrie Avenue, Johnstown, NY 12095** |
| State the term remaining | **Term Ends 5/31/2028** |
| List the contract number of any government contract | **Johnstown Comrie Associates LLC c/o The G&A Group, Inc. 215 West Church Road, Suite 107 King of Prussia, PA 19406** |
| 2.59. State what the contract or lease is for and the nature of the debtor's interest | **Agreement - Heath Insurance Coordinator** |
| State the term remaining | **No Expiration** |
| List the contract number of any government contract | **KBM Management, Inc. 5858 Heritage Landing Drive East Syracuse, NY 13057** |

Debtor 1    **Metro Mattress Corp.**                                         Case number *(if known)*
　　　　　　First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Businessowners, Umbrella, Commercial Inland Marine, and Business Auto Insurance 8/2023-8/2024** | |
|---|---|---|---|
| | State the term remaining | | **Liberty Mutual Insurance 175 Berkeley Street Boston, MA 02116** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **IN360 Mailing Machine and 5 lb Scale** | |
|---|---|---|---|
| | State the term remaining | **No Expiration** | **Mail Finance, a Neopost USA Company 478 Wheelers Farm Road Milford, CT 06461** |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 164 - 1104 Ulster Avenue, Kingston, NY 12401** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 10/31/2026** | **Mark T. Catalinotto 3154 Route 9W Saugerties, NY 12477** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 202 - 3153 Berlin Turnpike, Newington, CT 06111** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 4/30/2032** | **McBride Properties, Inc. 3153 Berlin Turnpike Newington, CT 06111** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 109 - 2649 West Ridge Road, Rochester, NY 14626** | |
|---|---|---|---|
| | State the term remaining | | **Metro Real Estate Holdings, LLC 3545 John Glenn Boulevard Syracuse, NY 13209** |
| | List the contract number of any government contract | | |

Debtor 1    **Metro Mattress Corp.**                                    Case number *(if known)* _____

    First Name       Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 112 - 1894 East Ridge Road, Irondequoit, NY 14622** | |
|---|---|---|---|
| | State the term remaining | | **Metro Real Estate Holdings, LLC 3545 John Glenn Boulevard Syracuse, NY 13209** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 125 - 41 Wolf Road, Albany, NY 12205** | |
|---|---|---|---|
| | State the term remaining | | **Metro Real Estate Holdings, LLC 3545 John Glenn Boulevard Syracuse, NY 13209** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 127 - 316 Route 9W, Glenmont, NY 12077** | |
|---|---|---|---|
| | State the term remaining | | **Metro Real Estate Holdings, LLC 3545 John Glenn Boulevard Syracuse, NY 13209** |
| | List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 136 - 1270 Niagara Falls Boulevard, Amherst, NY 14160** | |
|---|---|---|---|
| | State the term remaining | | **Metro Real Estate Holdings, LLC 3545 John Glenn Boulevard Syracuse, NY 13209** |
| | List the contract number of any government contract | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 144 - 3061 West State Street, Olean, NY 14760** | |
|---|---|---|---|
| | State the term remaining | | **Metro Real Estate Holdings, LLC 3545 John Glenn Boulevard Syracuse, NY 13209** |
| | List the contract number of any government contract | | |

Debtor 1  **Metro Mattress Corp.**

First Name        Middle Name        Last Name                        Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 150 - 3545 John Glenn Bouleard, Syracuse, NY 13209** | |
|---|---|---|---|
| | State the term remaining | | **Metro Real Estate Holdings, LLC** |
| | List the contract number of any government contract | | **3545 John Glenn Boulevard Syracuse, NY 13209** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 111 - 2150 Fairport Nine Mile Road, Penfield, NY 14450** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 6/30/2031** | **Ming Fen Chen** |
| | List the contract number of any government contract | | **90 Bentbrook Circle Webster, NY 14580** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 165 - 217 Main Street, Webster, NY 14580** | |
|---|---|---|---|
| | State the term remaining | **Term End 1/31/2028** | **New Paltz Properties, LLC c/o Kempner Properties, LLC** |
| | List the contract number of any government contract | | **257 Mamaroneck Avenue White Plains, NY 10605** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 213 - 507 Boston Post Road, Orange, CT 06477** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 9/30/2033** | **New Post Properties, L.L.C. c/o David R. Babbitz, Esq.** |
| | List the contract number of any government contract | | **377 Main Street West Haven, CT 06516** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Non-Mass Market Commodity Supply Agreement (Electric)** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 9/30/2025** | **NOCO Electric, LLC** |
| | List the contract number of any government contract | | **2440 Sheridan Drive Tonawanda, NY 14150** |

Debtor 1   **Metro Mattress Corp.**

First Name        Middle Name        Last Name                    Case number *(if known)*

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Non-Mass Market Commodity Supply Agreement (Gas)** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 9/30/2025** | **NOCO Natural Gas, LLC 2440 Sheridan Drive Tonawanda, NY 14150** |
| | List the contract number of any government contract | | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 211 - 132 Federal Road, Suite A1, Danbury, CT 06811** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 4/30/2034** | **Nordan, LLC P.O. Box 535 Danbury, CT 06810** |
| | List the contract number of any government contract | | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 106 - 137 State Route 104, Oswego, NY 13126** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 11/30/2024** | **Oswego Associates LLC 215 West Church Road, Suite 107 King of Prussia, PA 19406** |
| | List the contract number of any government contract | | |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **EPL Fiduciary Insurance 8/31/2024-9/30/2024** | |
|---|---|---|---|
| | State the term remaining | | **Peleus Insurance Company c/o OneGroup NY, Inc. 706 North Clinton Street Syracuse, NY 13204** |
| | List the contract number of any government contract | | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Raymond Forklift Lease** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 12/20/2027** | **Pengate Handling Systems, Inc. P.O. Box 643031 Pittsburgh, PA 15264** |
| | List the contract number of any government contract | | |

Debtor 1   **Metro Mattress Corp.**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Raymond Forklift Lease** | |
| | State the term remaining | **Term Ends 7/5/2028** | **Pengate Handling Systems, Inc. P.O. Box 643031 Pittsburgh, PA 15264** |
| | List the contract number of any government contract | | |
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 350 - 140 Worcester Road, Framingham, MA 01702** | |
| | State the term remaining | **Term Ends 5/31/2033** | **Perseid Framingham #1 LLC c/o Perseid Ventures, LLC 1666 Massachusetts Avenue Lexington, MA 02420** |
| | List the contract number of any government contract | | |
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 149 - 5403 State Route 12, Norwich, NY 13815** | |
| | State the term remaining | **Term Ends 12/31/2024** | **Pioneer Norwich Company LLC Box 8000, Department 544 Buffalo, NY 14267** |
| | List the contract number of any government contract | | |
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Installment Contract - 2024 Chevrolet Tahoe VIN x5737** | |
| | State the term remaining | | **R. M. Burritt Motors, Inc. 340 State Route 104 Oswego, NY 13126** |
| | List the contract number of any government contract | | |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 129 - 3057 Route 50, Suite 8, Saratoga Springs, NY 12866** | |
| | State the term remaining | **Term Ends 1/31/2029** | **R/H Route 50, LLC c/o PropUp Group 12 Jeffrey Place Monsey, NY 10952** |
| | List the contract number of any government contract | | |

Debtor 1   **Metro Mattress Corp.**                                             Case number *(if known)* _____

    First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 212 - 143 River Road, Lisbon, CT 06351** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 1/29/2033** | **River Road I LLC** |
| | List the contract number of any government contract | | **10 Park Row West, Suite 416** |
| | | | **Providence, RI 02903** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 353 - 8116 Shops Way, Northborough, MA 01532** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 12/31/2033** | **RPT Northborough LLC** |
| | List the contract number of any government contract | | **P.O. Box 30344** |
| | | | **Tampa, FL 33630** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Delivery Vehicle Leases: 2024 Int'l MV 607 Air Conv S/A (D) Chassis and 2023 Aluminum Van Body; 2022 Panel Van or Pickup, Rider Unit 1. 439319, VIN 3C6LRVDG7NE117944; 2022 Panel Van or Pickup, Rider Unit 1. 439312, VIN 3C6LRVDG7NE110282; and 2022 Panel Van or Pickup, Rider Unit 1. 439313, VIN 3C6LRVDG1NE1115977** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 4/11/2025** | **Ryder Transportation Services** |
| | List the contract number of any government contract | | **PO Box 96723** |
| | | | **Chicago, IL 60693** |

Debtor 1    **Metro Mattress Corp.**                                    Case number (*if known*) _____
     First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.88.** State what the contract or lease is for and the nature of the debtor's interest | **Delivery Vehicle Leases:  2024 Int'l MV 607 Air Conv S/A (Air Ride) Cab/Chassis and 2023 26' Aluminum Van with Walkramp Body and 2024 Int'l MV 607 Air Conv S/A Cab/Chassis and 2024 26' Aluminum Van with Walkramp Body** | |
| State the term remaining | **Awaiting delivery for term commencment** | **Ryder Transportation Services PO Box 96723 Chicago, IL 60693** |
| List the contract number of any government contract | | |
| **2.89.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 351 - 339 Broadway, Saugus, MA 01702** | |
| State the term remaining | **Term Ends 7/31/2033** | **Saugus Realty Co. ,LP c/o Finard Properties LLC 545 Boylston Street, 11th Floor Boston, MA 02116** |
| List the contract number of any government contract | | |
| **2.90.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 114 - 3906 Route 281, Cortland, NY 13045** | |
| State the term remaining | **Term Ends 1/31/2029** | **Sky Cortland, LLC 10101 Fondren Road, Suite 545 Houston, TX 77096** |
| List the contract number of any government contract | | |
| **2.91.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 203 - 75 Queen Street, Southington, CT 06489** | |
| State the term remaining | **Term Ends 12/31/2032** | **Southington/Route 10 Associates LP c/o Cornerstone Properties, Inc. 231 Farmington Avenue Farmington, CT 06032** |
| List the contract number of any government contract | | |

Debtor 1   **Metro Mattress Corp.**                                        Case number (*if known*) _____

    First Name         Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Retailer Program Agreement (consumer financing)** | |
| | State the term remaining | **Term Ends 12/31/2026** | **Synchrony Bank**<br>**777 Long Ridge Road**<br>**Stamford, CT 06095** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 147 - 4987 State Highway 23, Oneonta, NY 13820** | |
| | State the term remaining | **Term Ends 5/31/2032** | **Temple Realty Holding, LLC**<br>**P.O. Box 1238**<br>**Oneonta, NY 13820** |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 104 - 3514 West Genesee Street, Syracuse, NY 13219** | |
| | State the term remaining | **Term Ends 2/28/2029** | **The Fairmount Company LLC**<br>**5037 Pine Valley Drive**<br>**Fayetteville, NY 13066** |
| | List the contract number of any government contract | | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 201 - 1131 Tolland Turnpike, Manchester, CT 06042** | |
| | State the term remaining | **Term Ends 5/31/2032** | **The Plaza at Burr Corners LLC**<br>**c/o Winstanley Enterprises LLC**<br>**150 Baker Avenue Extension, Suite 303**<br>**Concord, MA 01742** |
| | List the contract number of any government contract | | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 110 - 1000 Hylan Drive, Rochester, NY 14623** | |
| | State the term remaining | **Term Ends 8/31/2030** | **The Real McKeever, LLC**<br>**P.O. Box 780313**<br>**Philadelphia, PA 19178** |
| | List the contract number of any government contract | | |

Debtor 1   **Metro Mattress Corp.**

First Name        Middle Name        Last Name

Case number (*if known*) _____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.97.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for Store 115 - 408 Elmira Road, Ithaca, NY 14850**

State the term remaining — **Term Ends 11/30/2034**

List the contract number of any government contract

**The Widewaters Group Inc.
5845 Widewaters Parkway, Suite 100
East Syracuse, NY 13057**

**2.98.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for Store 119 - 4237 Recreation Drive, Canandaigua, NY 14424**

State the term remaining — **Term Ends 12/31/2025**

List the contract number of any government contract

**The Widewaters Group Inc.
5845 Widewaters Parkway, Suite 100
East Syracuse, NY 13057**

**2.99.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for Store 132 - 424 Fairview Avenue, Hudson, NY 12534**

State the term remaining — **Term Ends 6/30/2026**

List the contract number of any government contract

**The Widewaters Group Inc.
5845 Widewaters Parkway, Suite 100
East Syracuse, NY 13057**

**2.100.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for Store 204 - 1439 Post Road East, Westport, CT 06880**

State the term remaining — **Term Ends 7/31/2027**

List the contract number of any government contract

**Todd Corporation
c/o Reynolds & Rowella
90 Grove Street, Suite 101
Ridgefield, CT 06877**

**2.101.** State what the contract or lease is for and the nature of the debtor's interest — **Risk Management PLUS+ Insurance 7/2023-8/2024**

State the term remaining

List the contract number of any government contract

**Travelers
P.O. Box 2989
Hartford, CT 06104-2989**

Debtor 1  **Metro Mattress Corp.** _____   Case number (*if known*) _____
          First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Umbrella Insurance 8/31/2024-9/30/2024** | |
|---|---|---|---|
| | State the term remaining | | **Utica National Ins. Co. of Texas c/o OneGroup NY, Inc. 706 North Clinton Street Syracuse, NY 13204** |
| | List the contract number of any government contract | | |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 102 - 7905 Brewerton Road, Cicero, NY 13039** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 10/31/2026** | **Vision Development 4801 West Genesee Street, Suite 2 Syracuse, NY 13219** |
| | List the contract number of any government contract | | |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 152 - 1885 Black River Boulevard, Rome, NY 13440** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 1/31/2025** | **Wachs Rome Development LLC 215 West Church Road, Suite 107 King of Prussia, PA 19406** |
| | List the contract number of any government contract | | |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Store 122 - 975 Ridge Road, Webster, NY 14580** | |
|---|---|---|---|
| | State the term remaining | **Term Ends 4/16/2027** | **Webster Commons LLC 90 Bentbrook Circle Webster, NY 14580** |
| | List the contract number of any government contract | | |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Dealer Agreement (consumer financing)** | |
|---|---|---|---|
| | State the term remaining | | **West Creek Financial Inc. (Koalafi) P.O. Box 5518 Glen Allen, VA 23058** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name        **Metro Mattress Corp.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **1270 Niagara Falls Blvd. LLC** | **3545 John Glenn Boulevard Syracuse, NY 13209** | **Community Bank, N.A.** | ■ D   __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **3061 Route 417, LLC** | **3545 John Glenn Boulevard Syracuse, NY 13209** | **Community Bank, N.A.** | ■ D   __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **316 Route 9W, LLC** | **3545 John Glenn Boulevard Syracuse, NY 13209** | **Community Bank, N.A.** | ■ D   __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **3545 John Glenn Blvd. LLC** | **3545 John Glenn Boulevard Syracuse, NY 13209** | **Community Bank, N.A.** | ■ D   __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **3545 John Glenn Blvd. LLC** | **3545 John Glenn Boulevard Syracuse, NY 13209** | **U.S. Small Business Administration** | ■ D   __2.13__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Metro Mattress Corp.** | | Case number *(if known)* | |
|---|---|---|---|---|

| ███ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **41 Wolf Road, LLC** | 3545 John Glenn Boulevard<br>Syracuse, NY 13209 | **Community Bank, N.A.** | ■ D  **2.5**<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **David H. Adler** | ████████ | **Community Bank, N.A.** | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **David H. Adler** | ████████ | **U.S. Small Business Administration** | ■ D  **2.13**<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Metro Real Estate Holdings, LLC** | 3545 John Glenn Boulevard<br>Syracuse, NY 13209 | **Community Bank, N.A.** | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Metro Real Estate Holdings, LLC** | 3545 John Glenn Boulevard<br>Syracuse, NY 13209 | **U.S. Small Business Administration** | ■ D  **2.13**<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Pennsylvania Bedding, Inc.** | 301 First Street<br>Old Forge, PA 18518 | **Community Bank, N.A.** | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **Pennsylvania Bedding, Inc.** | 301 First Street<br>Old Forge, PA 18518 | **U.S. Small Business Administration** | ■ D  **2.13**<br>☐ E/F ____<br>☐ G ____ |