**BARCLAY DAMON**<sup>LLP</sup>

**Jeffrey A. Dove**
*Partner*

July 24, 2025

Hon. Wendy A. Kinsella
Chief United States Bankruptcy Court Judge
Northern District of New York
James M. Hanley U.S. Courthouse and Federal Building
100 South Clinton Street
Syracuse, New York 13261

    Re:    Metro Mattress Corp.
             Case No. 24-30773

Dear Judge Kinsella:

    It has come to our attention that the schedule of leases proposed to be assumed as attached to the *Second Motion Pursuant to Section 365(a) of the Bankruptcy Code for an Order Approving the Debtor's Assumption of Certain Unexpired Leases* [Dkt No. 244] is inaccurate. Among other things, the list includes at least one lease (Store #161 lease with Brunswick Center Associates) that has already been rejected, and includes a number of leases that have already been assumed. We will provide an accurate list and revised proposed Order in advance of the hearing date, but we wanted the Court to be aware of this development prior to the hearing.

    Thank you for your attention to this matter.

                            Sincerely,

                            *Jeffrey A. Dove*

                            Jeffrey A. Dove

JAD

cc:    Joann Sternheimer, Esq., counsel for Brunswick Center Associates (*Via Email jsternheimer@lippes.com*)

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202 barclaydamon.com
jdove@barclaydamon.com  Direct: (315) 413-7112  Fax: (315) 703-7346
31933965.1