So Ordered.

Signed this 18 day of August, 2025.



_____
  Wendy A. Kinsella
   United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION
_____

In re:

METRO MATTRESS CORP.,

                Debtor.

_____

Case No. 24-30773-5 (WAK)

Chapter 11

**ORDER APPROVING SETTLEMENT AND COMPROMISE
BETWEEN DEBTOR AND H.M. PURSUANT TO
<u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019</u>**

Upon the Motion (the "<u>Motion</u>")[1] of the above captioned debtor and debtor-in-possession (the "<u>Debtor</u>"), pursuant to Bankruptcy Code sections 105(a) and 363 and H.M. ("<u>H.M.</u>" and, together with the Debtor, the "<u>Parties</u>"); and the Court having subject matter jurisdiction to consider and determine the Motion, and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409 and it

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

appearing that due and sufficient notice of the Motion has been given and upon the record of the hearing on the Motion and all of the proceedings had before this Court; and all objections to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, now, therefore, it is hereby

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED**, that the Settlement Agreement, which was provided to the Court <u>under seal (*see* Order Authorizing Debtor to File Settlement Agreement Under Seal at Doc. 272)</u>, *JWAK* United States Trustee, and counsel for the Official Committee of Unsecured Creditors for *in camera* review, be and hereby is authorized and approved in its entirety in all respects; and it is further

**ORDERED**, that the Debtor is authorized to consummate the Settlement Agreement; and it is further

**ORDERED**, that all of the terms set forth in the Settlement Agreement, including the agreements, releases, terms, and conditions of the Settlement Agreement, are deemed binding on the Parties thereto; without limitation, the releases by the Parties to the Settlement Agreement are authorized and approved by the Court as set forth in the Settlement Agreement; and it is further

**ORDERED**, that the Parties are authorized to take all actions and execute all documents necessary to implement the Settlement Agreement; and it is further

**ORDERED**, that this Court shall maintain jurisdiction to interpret and enforce the provisions of the Settlement Agreement and this Order in all respects; and it is further

**ORDERED**, that, to the extent applicable, the stay provided for in Bankruptcy Rule 6004(h) is hereby waived and this Order shall be effective immediately upon its entry.

# # #