# BENDERSON DEVELOPMENT

570 DELAWARE AVENUE
BUFFALO, NY 14202
716.886.0211.P  716.886.2269.F

**RECEIVED & FILED**

SEP 0 8 2025

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

September 5, 2025

**Via Email**
<u>Debtors Counsel</u>
Barclay Damon LLP
Jeffrey A. Dove, Esq.
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
jdove@barclaydamon.com
cc: ckatz@platzerlaw.com & tsadutto@platzerlaw.com

**VIA UPS Overnight**

U.S. Bankruptcy Court- NDNY
James M. Hanley U.S. Courthouse and Federal Bldg.
100 South Clinton Street
Syracuse, New York 13261
Attn: Clerk's Office

Re:    **In Re: Metro Mattress Corp.**
       **USBC Northern District of New York, Syracuse Division, Case # 24-30773-5 (WAK)**
       Reference Doc. Nos.: 231 & 244 – Assumption of Lease 67246 with 570 DAB 56, LLC
       Failure of Metro Mattress Corp to Pay Assumption/Post-Petition Rent.

Dear Mr. Dove,

570 DAB 56, LLC through its property manager, Benderson Development Company, LLC provides notice that Metro Mattress Corp (Tops Plaza Location in Lansing, NY) has <u>failed to pay</u> the post-petition rent for August 2025 and September 2025, a total of **$13,734.08** without the late fee assessment. Attached is the current statement of account as of this afternoon, September 5, 2025. Metro Mattress assumed this lease (DKT 208 – Motion to Assume & DKT 231 – Order Granting Assumption of Tops Plaza) and paid all the arrears but now is back in default on the lease agreement for failure to pay post-petition rent.

Please let me know if you have any questions and when Benderson can expect payment. Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Laura A. Kryta*
Laura A. Kryta
Paralegal and Authorized Agent to 570 DAB 56, LLC

Encls. Account Statement
CC: Metro Mattress Corp., 3545 John Glenn Blvd, Syracuse, NY 13209 (via US Mail)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 24-30773-5 (WAK) |
| Metro Mattress Corp., | ) |
| | ) |
| Debtor. | ) |
| | ) |

## PROOF OF SERVICE BY NON-ATTORNEY

I hereby certify that a true copy of 570 DAB 56, LLC 's Letter to Barclay Damon LLP regarding Metro Mattress Corp's Failure to Pay Post-Petition Rent was served via electronic mail to Debtor's Counsel and Debtors via U.S. Mail on September 5, 2025, to:

Debtors Counsel
Barclay Damon LLP
Jeffrey A. Dove, Esq.
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
jdove@barclaydamon.com
**Via direct Email provided on ECF**

U.S. Bankruptcy Court- NDNY
James M. Hanley U.S. Courthouse and Federal Bldg.
100 South Clinton Street
Syracuse, New York 13261
Attn: Clerk's Office
**VIA UPS Overnight**

CC: ALL Other Parties via Clerk's upload to ECF.

Debtor
Metro Mattress Corp.
3545 John Glenn Blvd
Syracuse, NY 13209
**Via U. S. Mail**

I am over the age of 18, am an employee of Benderson Development Company, LLC, and have no interest in the above captioned action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 5, 2025.

/s/ Laura A. Kryta
Laura A. Kryta

Paralegal and Authorized Agent for 570 DAB 56, LLC
570 Delaware Avenue
Buffalo, New York 14202
716-878-9440
laurakryta@benderson.com

# Laura Kryta

| | |
|---|---|
| **From:** | Laura Kryta |
| **Sent:** | Friday, September 5, 2025 3:51 PM |
| **To:** | jdove@barclaydamon.com |
| **Cc:** | ckatz@platzerlaw.com; tsadutto@platzerlaw.com |
| **Subject:** | BKY - Metro Mattress Corp - USBC NDNY Case # 24-30773 |
| **Attachments:** | Metro Matress (Tops Plaza) Statement of Account (9.5.25).PDF; DKT 208 - Motion Assume Tops Plaza (.pdf; DKT 231- Order Granting Assumption Lease of Tops Plaza (5.23.25).pdf |

Hello Mr. Dove,

I write to provide notice on behalf of 570 DAB 56, LLC (Benderson Development Company, LLC) that Metro Mattress Corp (Tops Plaza Location in Lansing, NY) has <u>failed to pay</u> the post-petition rent for August 2025 and September 2025, a total of **$13,734.08** without the late fee assessment. Attached is the current statement of account as of this afternoon, September 5, 2025. Metro Mattress assumed this lease (DKT 208 – Motion to Assume & DKT 231 – Order Granting Assumption of Tops Plaza) and paid all the arrears but now is back in default on the lease agreement for failure to pay post-petition rent.

Please let me know if you have any questions and when Benderson can expect payment.

Thank you for your attention to this matter.

Kind Regards,
Laura A. Kryta
Paralegal and Authorized Agent of 570 DAB 56, LLC


# Laura Kryta
*Senior Litigation Paralegal / Credit & Collections*
P: : 716.878.9440
LauraKryta@benderson.com

CONFIDENTIALITY NOTICE: This email message and any attachments are for the sole use of the intended recipient(s) and may contain proprietary, confidential, trade secret or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and may be a violation of law. If you are not the intended recipient or a person responsible for delivering this message to an intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Laura Kryta <LauraKryta@benderson.com>
**Sent:** Tuesday, August 19, 2025 1:43 PM
**To:** jdove@barclaydamon.com
**Cc:** ckatz@platzerlaw.com; tsadutto@platzerlaw.com
**Subject:** BKY - Metro Mattress Corp - USBC NDNY Case # 24-30773

Dear Mr. Dove,

I write to follow-up on my email of July 1, 2025, inquiring about the status of the cure payment (See attached 7.1.25 Letter) owed to 570 DAB 56, LLC (Benderson Development). I believe Metro Mattress is assuming this location and its deadline to make the cure payment is August 21, 2025 (see DKT 231). As of today's debt, payment has not been

1

received. Currently, Debtor owes its August 2025 rent of $6,867.04 (without late fees). The statement of account is attached.

I am copying counsel for the Official Committee of Unsecured Creditors on this email to help receive a response regarding the cure payment. If payment is not received by August 21, 2025, I will advise the Court.

Thank you for your attention to this matter.

Kind Regards,
Laura Kryta


**Laura Kryta**
*Senior Litigation Paralegal / Credit & Collections*
P: : 716.878.9440
LauraKryta@benderson.com

CONFIDENTIALITY NOTICE: This email message and any attachments are for the sole use of the intended recipient(s) and may contain proprietary, confidential, trade secret or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and may be a violation of law. If you are not the intended recipient or a person responsible for delivering this message to an intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Laura Kryta <LauraKryta@benderson.com>
**Sent:** Tuesday, July 1, 2025 4:22 PM
**To:** jdove@barclaydamon.com
**Subject:** BKY - Metro Mattress Corp - USBC NDNY Case # 24-30773

Dear Mr. Dove,

I am a paralegal with Benderson Development Company, LLC. Attached is a cure amount objection regarding Debtor's Second Motion to Assume Unexpired Leases, which identifies Metro Mattress Corp lease with 570 DAB 56, LLC (Benderson Development) at the Tops Plaza in Lansing, NY. A copy of this letter was sent overnight to the USBC SDNY Clerk's office.

Upon your review, if you wish to discuss, please contact by email or direct phone 716-878-9440.

Thank you and Kind Regards,

Laura A. Kryta

**Laura Kryta**
*Senior Litigation Paralegal / Credit & Collections*
LauraKryta@benderson.com

**BENDERSON**
**DEVELOPMENT**
RETAIL :: OFFICE :: INDUSTRIAL :: HOTEL :: RESIDENTIAL

570 Delaware Avenue : : Buffalo, NY 14202
P: : 716.878.9440

benderson.com 

2

```
                                               Metro Mattress
                                    RE - 3724  Tops Plaza-Triphammer(Lansing)
                                               2300 N. Triphammer Road
             ┌─────────────────────────┐       Lansing
Remit to:    │ 570 DAB 56, LLC         │       NY 14850
             │ PO Box 713201           │
             │ Philadelphia, PA 19171-3201 │
             └─────────────────────────┘

                                               PROPERTY NUMBER   3724
  Metro Mattress Corp.                         UNIT NUMBER       006
  3545 John Glenn Boulevard
  Syracuse, NY 13209                           STATEMENT DATE    09/05/25

                                               ACCOUNT NUMBER    ███████

                                               LEASE NUMBER      00067246
```

Your Account with us reflects the following amount due.
Please mail your payment as soon as possible. Thank You.
Address questions to your Account Representative, David Goldstein
at (716)878-9363 or DavidGoldstein@benderson.com

| Date | Ty | Document Number | Remark | Invoice Amount | Open Balance |
|---|---|---|---|---|---|
| 08/01/25 | RD | 11439252 001 | Rent | 5,056.98 | 5,056.98 |
| 08/01/25 | RD | 11439252 002 | CAM, Taxes & Other Charges | 1,810.06 | 1,810.06 |
| 09/01/25 | RD | 11461980 001 | Rent | 5,056.98 | 5,056.98 |
| 09/01/25 | RD | 11461980 002 | CAM, Taxes & Other Charges | 1,810.06 | 1,810.06 |
| 09/05/25 | | | LATE CHARGES FOR THIS PERIOD | | 1,783.32 |

                                               Balance Due      15,517.40

***       FOR PROPER APPLICATION OF PAYMENT TO YOUR ACCOUNT:       ***
*** YOU MUST REFERENCE DOCUMENT NUMBER AND LEASE NUMBER WITH YOUR REMITTANCE. ***

  Note - Please remember to forward your payment to the P.O. Box noted
         above. Please make sure to allow for sufficient mailing time
         to assure timely application of your payment.

| Current | 31- 60 | 61- 90 | 91- 120 | Over 120 |
|---|---|---|---|---|
| 7,141.72 | 7,004.38 | 274.68 | 137.34 | 959.28 |

Case 24-30773-5-wak    Doc 231    Filed 05/23/25    Entered 05/23/25 10:19:34    Desc
Main Document      Page 1 of 4

So Ordered.

Signed this 23 day of May, 2025.



Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION
-----------------------------------------------------------

In re:

METRO MATTRESS CORP.,

Debtor.

Case No. 24-30773-5-wak
Chapter 11

-----------------------------------------------------------

### ORDER AUTHORIZING ASSUMPTION OF UNEXPIRED
### LEASES OF NONRESIDENTIAL REAL PROPERTY

Upon the motion of the Debtor for entry of an order, under section 105(a) and 365(a) of the Bankruptcy Code approving the Debtor's assumption of certain Unexpired Leases[1] (the "Motion"); and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested in the Motion is in the best interest of the Debtor, its estate, its creditors and other parties in interest; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby:

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

31059152.1

**ORDERED,** that the Motion be and hereby is granted as hereinafter set forth; and it is further

**ORDERED,** that Pursuant to section 365 of the Bankruptcy Code, the Debtor's assumption of the Unexpired Leases set forth on the attached **Exhibit A** is approved; and it is further

**ORDERED,** any pre-petition defaults required to be cured pursuant to Bankruptcy Code section 365(b) shall be cured within 90 days of the date of this Order and the Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion; and it is further

**ORDERED,** that the Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

\

# EXHIBIT A

| No. | Store/Vendor | Company Name | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 120 | HORSEHEADS | 1641 County Route 64 Horseheads LLC | c/o Abhijit Talathi, 7227 Balmoral Way | San Ramon | CA | 94582 |
| 142 | BATAVIA | 520Associates, LLC | 7 Hiram Way | Honeoye Falls | NY | 14472 |
| 146 | LANSING | 570 DAB 56, LLC | c/o Benderson Development Co., LLC PO Box 713201 | Philadelphia | PA | 19171-3201 |
| 117 | GENESEO | Aprile Ventures, LLC | 1321 South Lake Road | Middlesex | NY | 14507 |
| 116 | AUBURN | Auburn Associates, LLC. | 215 West Church Road Suite 107 | King of Prussia | PA | 19406 |
| 105 | LIVERPOOL | Bayberry Plaza, LLC | 102 Newbury Hollow Lane | Syracuse | NY | 13210 |
| 143 | UNION ROAD | Cheektowaga TK Owner, LLC | c/o JADD Management, LLC 415 Park Avenue | Rochester | NY | 14607 |
| 131 | CLIFTON PARK | CPC Development I, LLC | 22 Clifton County Rd. Ste 79 | Clifton Park | NY | 12065 |
| 139 | DELAWARE | Delaware Place Associates, LLC | 501 John James Audubon Parkway, Ste 400 | Amherst | NY | 14228 |
| 154 | GENEVA | Geneva Land, LLC | 2213 Brighton Henrietta Townline Rd | Rochester | NY | 14623 |
| 126 | NISKAYUNA | Highbridge Development BR, LLC | 2165 Technology Drive, FL 2 | Schenectady | NY | 12308 |
| 160 | JOHNSTOWN | Johnstown Comrie Associates, LLC | c/o The G&A Group, Inc. 215 West Church Road, Suite 107 | King of Prussia | PA | 19406 |
| ~~165~~ | ~~NEW PALTZ~~ | ~~New Paltz Properties, LLC~~ | ~~c/o Kempner Properties, LLC 257 Mamaroneck Avenue~~ | ~~White Plains~~ | ~~NY~~ | ~~10605~~ |
| 106 | OSWEGO | Oswego Associates, LLC | 215 West Church Road Suite 107 | King of Prussia | PA | 19406 |
| 149 | NORWICH | Pioneer Norwich Company, LLC | Box 8000 Department 544 | Buffalo | NY | 14267 |
| 129 | WILTON | R/H Route 50, LLC | c/o PropUp Group 12 Jeffrey Place | Monsey | NY | 10952 |
| 114 | CORTLAND | Sky Cortland, LLC | 10101 Fondren Rd Ste 545 | Houston | TX | 77096 |
| 147 | ONEONTA | Temple Realty Holding, LLC | PO Box 1238 | Oneonta | NY | 13820 |
| 145 | VESTAL | The Beck Group | c/o T-Mobile Retail Store 2520 Vestal Parkway East | Vestal | NY | 13850 |
| 115 | ITHACA | The Widewaters Group, Inc. | 5845 Widewaters Parkway Suite 100 | East Syracuse | NY | 13057 |
| 119 | CANANDAIGUA | The Widewaters Group, Inc. | 5845 Widewaters Parkway Suite 100 | East Syracuse | NY | 13057 |
| 102 | NORTH - Cicero | Vision Development | 4801 West Genesee Street Suite 2 | Syracuse | NY | 13219 |
| 152 | ROME | Wachs Rome Development, LLC | 215 West Church Road, Suite 107 | King of Prussia | PA | 19406 |
| 122 | WEBSTER | Webster Commons, LLC | 90 Bentbrook Circle | Webster | NY | 14580 |