

WHITEMAN

OSTERMAN

& HANNA LLP

Attorneys at Law
www.woh.com

80 State Street, 11th Floor
Albany, New York 12207
518.487.7600 phone
518.487.7777 fax

Marco B. Koshykar
Partner
518.432-3119 phone
mkoshykar@woh.com

September 12, 2025

**VIA ECF & FIRST-CLASS MAIL**

Barclay Damon LLP
Jeffrey A. Dove, Esq.
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
jdove@barclaydamon.com

Re:    **In re: Metro Mattress Corp.**
       **Case No. 24-30773-wak**
       **Failure to Pay Post-Petition Rent for Oneonta Store No. 147**
       **Commercial Lease with Temple Realty Holding, LLC dated February 29, 2012 (the "Lease")**

Dear Mr. Dove:

We represent Temple Realty Holding, LLC ("**Temple**" or the "**Landlord**") with respect to matters pertaining to the above-referenced Lease by and between Metro Mattress Corp. (the "**Debtor**") and Temple. As you are aware, the Lease was assumed by the Debtor pursuant to an Order Authorizing Assumption of Unexpired Leases of Nonresidential Real Property dated and entered on May 23, 2025 (ECF No. 231). The Lease pertains to the Debtor's lease of Store No. 147 located at 4987 State Highway 23, Oneonta, New York (the "**Oneonta Store**").

Please be advised that the Debtor has failed to pay the Minimum Rent and the Additional Rent (as those terms are defined in the Lease) for the Oneonta Store for the months of July, August and September 2025. As of today's date, the following amounts remain due and owing to Temple under the Lease (exclusive of the 7% late charge provided in the Lease, Temple's reasonable attorneys' fees and expenses, and all other sums owing to Temple under the Lease):

- July 2025 - $7,851.51
- August 2025 - $7,861.51
- September 2025 - $7,861.51

By letters dated August 28, 2025 and September 8, 2025, copies of which are attached hereto, Temple notified the Debtor of its post-petition rent payment defaults and reserved all of its rights, recourses and remedies under the Lease, at law and in equity. Temple has attempted to reach Mr. Brown to discuss

Metro Mattress Corp.
September 12, 2025
Page 2

the above rent payment defaults and the possibility of the Debtor surrendering and vacating the Oneonta Store location, but he has not responded to date.

I am writing to notify you of the above post-petition rent payment defaults and to demand the immediate payment in full of all post-petition rent arrears, including all penalties and interest.  As you know, the Debtor is required to timely perform all post-petition obligations under the assumed Lease, including payment of rent.  The failure to do so constitutes an administrative expense pursuant to 11 U.S.C. §503(b) and provides sufficient grounds for Temple to seek relief from the automatic stay pursuant to 11 U.S.C. §362(d) to terminate the Lease.

Please contact me immediately to discuss the Debtor's plans for the Oneonta Store location.  In light of the above, I respectfully request to appear and be heard at the Section 105(a) conference presently scheduled for September 24, 2025 at 11:30 a.m. via Teams (which I will pre-register for).

All rights, recourses and remedies of Temple are expressly reserved.

Very truly yours,

WHITEMAN OSTERMAN & HANNA LLP

*/s/ Marco B. Koshykar*

Marco B. Koshykar, Esq.

Encs.

cc:     *Via ECF*
        US Trustee
        Goetz Platzer LLP, counsel for Official Committee of Unsecured Creditors

        *Via e-mail*
        Temple Realty Holding, LLC, Attn: Tasi Karabinis



August 28, 2025

Premises: 4987 State Highway 23, Oneonta, NY 13820

Lease Dated: February 29, 2012

Tenant: Metro Mattress. D/B/A Metro Mattress Discount Sleep Superstores

3545 John Glenn Boulevard
Syracuse, NY 13209
Attention: John Brown

RE: Notice of Default

Dear John Brown,

This letter is to formally advise you that the Minimum Rent due under the Lease on July 1, 2025 and August 1, 2025 has not been received as of the date of this letter, August 15,2025, and is now past due.

Pursuant to Article 8 Section (c) of the Lease, Minimum and Additional Rent is required to be paid in equal monthly installments on or before the first day of each month, in advance. As of this date, your July and August payments remain unpaid.

As provided under Article 8 Section (d) of the Lease, this notice constitutes written notice of nonpayment, and triggers the following:
- If the July and August rent remains unpaid ten (10) days after your receipt of this notice, a late charge of 7% of the overdue amount shall be assessed and  two Events of Default shall be deemed to have occurred under Article 23 of the Lease, entitling us to exercise the rights and remedies set forth therein;
- Said late charge will be deemed "Additional Rent" for all purposes under the Lease;
- We also reserve the right to pursue all rights and remedies available, including recovery of legal fees, as well as action in the Bankruptcy Court.

As you are aware, the Lease was assumed in your Chapter 11 bankruptcy proceeding, and per 11 U.S.C. § 365(b), you are required to perform all obligations of the lease from the date of assumption forward. Post-assumption rent is considered an administrative expense under 11 U.S.C. § 503(b), payable in the ordinary course of business.  By this letter, we are not attempting to collect any pre-petition debt from you.



If payment of the full July ($7,851.51) and August ($7,851.51) rent, currently $15,703.02, is not received by  September 10th , we will proceed to:
- Assess the 7% late charge as provided;
- Seek immediate payment through the Bankruptcy Court as an administrative expense;
- Request relief from the automatic stay to terminate the lease and regain possession of the premises.

This notice is sent without waiver of any rights or remedies under the Lease or applicable law, all of which are expressly reserved.

Please direct payment or any inquiries to the undersigned or have your legal counsel contact us without delay.

Sincerely,



Tasi Karabinis

President



September 8, 2025

Premises: 4987 State Highway 23, Oneonta, NY 13820

Lease Dated: February 29, 2012

Tenant: Metro Mattress. D/B/A Metro Mattress Discount Sleep Superstores

3545 John Glenn Boulevard
Syracuse, NY 13209
Attention: John Brown

RE: Notice of Default

Dear John Brown,

This letter is to formally advise you that the Minimum Rent due under the Lease on September 1, 2025 has not been received as of the date of this letter, September 8, 2025, and is now past due.

Pursuant to Article 8 Section (c) of the Lease, Minimum and Additional Rent is required to be paid in equal monthly installments on or before the first day of each month, in advance. As of this date, your September payment remain unpaid.

Please also be advised that this constitutes the third notice of delinquency. Rent from the prior two months (July and August), together with applicable penalties, late charges, and interest, remains outstanding and must be paid in full immediately along with the September rent referenced herein.

As provided under Article 8 Section (d) of the Lease, this notice constitutes written notice of nonpayment, and triggers the following:
- If the September rent remains unpaid ten (10) days after your receipt of this notice, a late charge of 7% of the overdue amount shall be assessed and  two Events of Default shall be deemed to have occurred under Article 23 of the Lease, entitling us to exercise the rights and remedies set forth therein;
- Said late charge will be deemed "Additional Rent" for all purposes under the Lease;
- We also reserve the right to pursue all rights and remedies available, including recovery of legal fees, as well as action in the Bankruptcy Court.

As you are aware, the Lease was assumed in your Chapter 11 bankruptcy proceeding, and per 11



U.S.C. § 365(b), you are required to perform all obligations of the lease from the date of assumption forward. Post-assumption rent is considered an administrative expense under 11 U.S.C. § 503(b), payable in the ordinary course of business.  By this letter, we are not attempting to collect any pre-petition debt from you.

If payment of the full September rent ($7,851.51), is not received, 10 days after receipt of this notice, on or about  September 20th , we will proceed to:
- Assess the 7% late charge as provided;
- Seek immediate payment through the Bankruptcy Court as an administrative expense;
- Request relief from the automatic stay to terminate the lease and regain possession of the premises.


This notice is sent without waiver of any rights or remedies under the Lease or applicable law, all of which are expressly reserved.

Please direct payment or any inquiries to the undersigned or have your legal counsel contact us without delay.

Sincerely,


Tasi Karabinis

President