**BECK GROUP LLC**
2520 Vestal Parkway East
Vestal, New York 13850
607-343-6001



Received &
**FILED**

OCT 03 2025

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

October 2, 2025

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT
SYRACUSE NEW YORK DIVISION

_____
METRO MATTRESS CORP

    Debtor
_____

CASE Number: 24-30773-5 (WAK)

**Dear Honorable Wendy A. Kinsella,**

Metro Mattress Corporation is a tenant of The BECK Group LLC in Vestal New York 13850. Metro Mattress is renting 3250 sq ft of retail space for their Mattress retail showroom at our retail plaza 2518 Vestal Parkway East Vestal, New York 13850.

PLEASE TAKE NOTICE that the Debtor was granted Motion Pursuant to section 365(a) of the Bankruptcy Code for an order approving the Debtors Assumption of Certain Unexpired Leases in the Debtors best interest, its estate, its creditors and parties of interest. Under section 105 (a) and 365 (a). Debtor exercised in sound business judgement assumed locations leased under the Unexpired Leases of Non-Residential Property. BECK Group LLC number 145 Exhibit A & B listed as Unexpired Leases entered 04/02/2025 CASE # 24-30773-5-wak.

PLEASE TAKE NOTICE Debtor has not satisfied rent payments or late payments per Debtors Lease. Rent and late fees are now owed to The BECK Group LLC during the months of September & October 2025. After several phone conversations to Debtors Vice President John Brown, in regards to Debtors non-payment. Mr. Brown texted to Miss Cornelius Member of The BECK Group LLC, that Metro Mattress would cease paying all rent. Miss Cornelius also reached out to Debtors Attorney Jeffery A. Dove Esq for immediate response to Debtors late payments and late fees. No response to date.

PLEASE TAKE NOTICE BECK Group LLC would proceed to claim "Administrative". Post petition lease arrearges. Debtor fails to timely pay rent and late fees pending assumption of the entire lease. Administrative expense claims are paid first and should be paid in full before any other claims are paid. Debtor must timely perform all obligations under commercial real property lease. Adhere to all provisions of the lease. Debtor must accept the lease entirely. All post-petition obligations (those incurred after the bankruptcy filing) must be paid in full. These payments are given "High Priority"

Catherine A. Cornelius
BECK Group LLC