## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK
## (SYRACUSE)

| | |
|---|---|
| In re:<br><br>METRO MATTRESS CORP.<br><br>Debtor. | Chapter 11<br><br>Case No. 24-30773-5 (WAK) |

### AMENDED MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, James S. Carr, request the admission of Connie Y. Choe to practice, *pro hac vice*, before the Honorable Wendy A. Kinsella, to represent Benderson Development Company, LLC as a creditor in the above-referenced bankruptcy case.

Ms. Choe is a member in good standing of the bar of the States of New York, New Jersey, and Florida, and admitted and licensed to practice in the courts of those states. I have attached a sworn statement from Ms. Choe pursuant to Local Rule 2014-2(b)(1)(A), Certificate of Good Standing pursuant to Local Rule 2014-2(b)(1)(C), and a proposed form order.

Dated: New York, New York
      October 7, 2025

*/s/ James S. Carr*
James S. Carr
Connie Y. Choe
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: cchoe@kelleydrye.com

*Counsel to Benderson Development Company, LLC*

## CERTIFICATION OF CONNIE Y. CHOE

Pursuant to Rule 2014-2(b)(1) of the Local Bankruptcy Rules for the Northern District of New York, I, Connie Y. Choe, hereby certify as follows in support of the Motion for Admission to Practice *Pro Hac Vice* of Connie Y. Choe, submitted in the Chapter 11 case of Metro Mattress Corp., currently pending before this Court:

1. I am eligible for admission, pro hac vice, to this Court, and am admitted to practice, and am a member in good standing, in the courts of the States of New York, New Jersey, and Florida.

2. I reside in the State of New Jersey and practice out of the New York office of Kelley Drye & Warren LLP, with an office address of 3 World Trade Center, 175 Greenwich Street, New York, New York 10007.

3. I have never been convicted of a felony or misdemeanor crime. I have never been held in contempt of court, censured, suspended or disbarred by any court.

4. I am generally familiar with the provisions of the Judicial Code (Title 28 U.S.C.); the Bankruptcy Code (title 11 U.S.C.); the Federal Rules of Bankruptcy Procedure; the Local Bankruptcy Rules for the Northern District of New York; and the New York Rules of Professional Conduct. I further affirm faithful adherence to these rules and responsibilities.

Dated: New York, New York
     October 7, 2025

*/s/ Connie Y. Choe*  _____
Connie Y. Choe
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: 212-808-7800
Fax: 212-808-7897
Email: cchoe@kelleydrye.com

*Counsel to Benderson Development Company, LLC*

2