So Ordered.

Signed this 8 day of October, 2025.



_____

Wendy A. Kinsella

United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>METRO MATTRESS CORP.<br><br>Debtor. | Chapter 11<br><br>Case No. 24-30773-5 (WAK) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of James S. Carr ("Movant"), for Connie Y. Choe to be admitted, *pro hac vice*, to represent Benderson Development Company, LLC in the above-referenced bankruptcy case, and upon Ms. Choe's certification that the she is a member in good standing of the bar of the States of New York, New Jersey and Florida, and licensed to practice before the courts of those states; it is hereby

**ORDERED**, that Connie Y. Choe, is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy case and any related adversary proceedings to represent Benderson Development Company, LLC in the United States Bankruptcy Court for the Northern District of New York.

###