**WHITEMAN OSTERMAN & HANNA LLP** — Attorneys at Law — www.woh.com

| | |
|---|---|
| 80 State Street, 11th Floor | Marco B. Koshykar |
| Albany, New York 12207 | Partner |
| 518.487.7600 phone | 518.432-3119 phone |
| 518.487.7777 fax | mkoshykar@woh.com |

October 17, 2025

**VIA ECF & FIRST-CLASS MAIL**

Barclay Damon LLP
Jeffrey A. Dove, Esq.
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
jdove@barclaydamon.com

**Re:** **In re: Metro Mattress Corp.**
**Case No. 24-30773-wak**
**Surrender of Oneonta Store No. 147**
**Commercial Lease with Temple Realty Holding, LLC dated February 29, 2012 (the "Lease")**

Dear Mr. Dove:

As you are aware, we represent Temple Realty Holding, LLC ("**Temple**" or the "**Landlord**") with respect to matters pertaining to the above-referenced Lease by and between Metro Mattress Corp. (the "**Debtor**") and Temple. The Lease was previously assumed by the Debtor pursuant to an Order Authorizing Assumption of Unexpired Leases of Nonresidential Real Property dated and entered on May 23, 2025 (ECF No. 231). The Lease pertains to the Debtor's lease of Store No. 147 located at 4987 State Highway 23, Oneonta, New York (the "**Oneonta Store**").

My client has advised me that, in accordance with the Court's October 10, 2024 Interim Order (ECF No. 324), the Debtor has removed all personal property and handed over the security code to the lockbox for the keys to the Oneonta Store, effective as of October 15, 2025. Accordingly, the Debtor has vacated the Oneonta Store, the Lease has been terminated, and Temple is free to re-let the Oneonta Store to another tenant without further Order of the Court.

Please be reminded that the Debtor has failed to pay the post-petition Minimum Rent and Additional Rent (as those terms are defined in the Lease) for the Oneonta Store for the months of July, August, September and October 2025. As of today's date, $31,406.04 (4 months at $7,851.51 per month) remains due and owing to Temple under the Lease (exclusive of the 7% late charge provided in the Lease, Temple's reasonable attorneys' fees and expenses, and all other sums owing to Temple under the Lease). Temple reserves its right to assert an administrative expense claim pursuant to 11 U.S.C. §503(b).

All rights, recourses and remedies of Temple are expressly reserved.

Metro Mattress Corp.
October 17, 2025
Page # 2

        Very truly yours,

        WHITEMAN OSTERMAN & HANNA LLP

        */s/ Marco B. Koshykar*

        Marco B. Koshykar, Esq.

cc:    *Via ECF*
       US Trustee
       Goetz Platzer LLP, counsel for Official Committee of Unsecured Creditors

       *Via e-mail*
       Temple Realty Holding, LLC, Attn: Tasi Karabinis